FILED

APR 27 2020

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE Southern_____ DISTRICT OF Indiana_____

(Full name of plaintiff(s))

Bryan Colby Chappell_____

(Fed.Reg# 25865.009)_____

vs

(Full name of defendant(s))

BOP Employees, et all._____

(see Attached Defendants List)

Case Number:

2:20-cv-224-JRS-MJD_____

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of __Indiana__, and is located at

(State)

Federal Corrections F.C.I. P.O.Box 33, Terre Haute, IN. 47808

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant Federal BOP Health Services, et all.

(see defendants List)

(Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Federal BOP, F.C.I. Terre Haute Po Box 33 Terre Haute, IN 47808_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

The clasified details of each Claim are on seperate pages which are incorporated herein by reference. (See Attached Claims, Claim One through Claim 22 )

Complaint - 2

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

1) Immediate transfer to a different medical facility where I can receive appropriate medical care.

2) Proper sanctions against those defendants who have violated my rights.

3) Award of monies for both pyschological and physical damages in the amount of $20,000,000 twenty million dollars.

This is for pain and suffering, mental anguish, loss of enjoyment of life and future loss of enjoyment of life and future medical and psychological costs.

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
                    OR

☐    Court Trial – I want a judge to hear my case


Dated this __12__ day of __April_____ 20_20_.

Respectfully Submitted,


_Bryen Cdby Chappell_
Signature of Plaintiff

__25865-009_____
Plaintiff's Prisoner ID Number


Federal Corrections FCI_____

P.O. Box 33   Terre Haute, IN. 47808_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).


**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.


Complaint - 5

## Defendant's List

3 pages

Complex Warden Krueger

Clinical Director Dr. William Eric Wilson

Dr. Elizabeth Trueblood

Health Services Administrator McCoy

AHSA. Kimberly Klink

AHSA. Booth

Records Krysti Jackson

Paramedic Cindy McGee

P.A. Genevieve Muscatell

P.A. Heather Mata

RN. Tracey Bixler

R.N. Matthew Worthington

RN. John Golish

R.N. Karl Norris

Unknown X-Ray Tech at F.C.I.

①

Assistant Warden Hirons Dir. of Operations Unicor

Factory Manager Wright

Terry Mill Supervisor Atterbury

Terry Mill Supervisor Snow

Captain Hess

Unit Manager Dodge

Unit Manager Royer

Counselor Hart

Counselor Edwards

Counselor Noblitt

SIS LT. J. Baker

C.O. Smith

C.O. Miller

C.O. Penman

C.O. Scounce

②

C.O. Hackett

LT. Mosley

LT. Kraemer

F.C.I. Warden Bell

Dr. Thomas F. Orman

Jane Doe (Anesthesiologist) unknown

Other unknown individuals in D.R. (Operating room), on 9·22·17 Union Hospital Cath·Lab.

Dr. Luken

Dr. Imad G. Koj

Dr. Bhuptani Pulmonology Terre Haute, IN.

③

<u>Claim One</u>; Eighth Amendment Violations under Cruel and    $C_{p_3}$ 1
Unusual Punishment and Excessive Force against BOP Cardiolo-
gist Dr. Thomas Orman and C.O. Smith and C.O. Miller; and
interrelated and ongoing Eighth Amendment Violations
under Deliberate Indifference against Dr. Thomas Orman
and BOP Clinical Dir. Dr. William E. Wilson, Warden Krueger,
Warden Bell, Psych Dr. Carmicheal, Dr. Trueblood, S.I.S.
LT. Baker, C-unit Counselor Ms. Hart, AHSA Ms. Klink, P.A.
Mata, P.A. Dougherty/Muscatel, Nurse's Tracy Bixler, Decker,
Worthington were all deliberately indifferent to my
serious Medical Needs because I had advised them
orally and/or via E-mail/letters mailed of what had
happened and they refused to help me get medical treat-
ment and threatened me for asking. Warden Bell said,
"Go after Dr. Orman he's the one that hurt you and
leave the rest alone."

  I had turned in an Admin. Remedy on all of
the above but it has been taken "stolen" along with
a journal and numerous other items during (shake-
down.)


Summary of Claim; On 9.22.17 Dr. Orman had me
in Cath-surgery at Union Hospital to place a stent in an artery
of my heart that he said on 8.1.17 was 45% blocked to a
degree that was causing cardiac distress. At the outset I
refused the procedure to be done without me being sedated
first. Dr. Orman proceeded without any pain medication/
sedation being administered. This caused extreme pain
and fear of dying as well. I made numerous pleas for

Cpg 2

him to stop the procedure to No Avail. I could not be still do to unbearable pain and Dr. Orman had C.O.'s Smith and Miller hold me down on the operating table while he proceeded. This was done willfully and watonly with malicious and malign/evil intentions to inflict mental and emotional distress and very well could've resulted in serious irrepairable damage or my death.      I pleaded with the C.O.'s to make him stop for them to get OFF me" take it OUT," that they were killing me. In turn they screamed at me to be still, to SHUT UP, and Dr. Orman proceeded. All of which was against my will and oral declarations. Therefore it was done sadistically without regard to my health or life.

The surgery was not successful, Dr. Orman said he did not have a stint the right size and the artery was not repaired.

From that day to present both Dr. Orman and Dr. Wilson have disregarded my serious medical condition and substantial risks to my health and life. This deliberate indifference is current and ongoing. By not treating this serious medical condition I suffer daily pain, STRESS/ fear of dying and duress. This type of conduct marks a fresh infliction that is a continueing violation which renders the statute of limitations moot to this two part claim. see eg Heard v. Sheehan, 253 F.3d 316 at 318-319 (7th Cir. 2001) (Everyday that they prolonged his agony by not properly treating his painful condition marked a fresh infliction of punishment that caused the statute of limitations to start running anew.) Moreover in Heard Judge Frazier rightly stated that deliberate indifference to

a serious medical need is a continuing violation
which occurs when the inmate has notice of the
untreated condition and ends when treatment is pro-
vided.

Supporting Facts:

1) On or about 8·1·17 Dr. Orman had me under go a STRESS/
Dye test and said I need another stint placed A.S.A.P.

2) Dr. Orman said the artery is 95% blocked.

3) On 9·22·17 Union Hospital Cath-Lab Dr. Orman said its 70%
blocked.

4) Why did you say it was 95% blocked, I asked? He became
angry said I did'nt say that and walked away.

5) The Anesthesiologist asked if I had ever had a problem with
liquid valium. I told her of a prior allergic reaction, she
said "Let me inform the doctor.

6) Dr. Orman said we'll continue without it.

7) I told him NO WAY can I do this awake, I've had 5
previous heart-cath's and I've always been sedated,
DON'T DO THIS!

8) Dr. Orman walked around me (my head) and the nurse
held his gown up as he stepped into it, then she put his

Cp53

gloves on him.                                                                    C pg 4

9) I was pleading/ begging him, don't do this I've had 6 heart attacks and 2 strokes they always put me out.

10) Dr. Orman walked around toward my waist ignoring my pleas and STABBED me in the right groin with what felt like a HOT Knife.

11) I told him STOP Get OFF ME, I was in extreme pain like he was cutting my leg off.

12) Dr. Orman continued to shove this stuff inside me, like a HOT WIRE it was unbearable.

13) Help Me, I cried out, Somebody Take IT OUT, STOP!    .

14) I hear someone call my name Cheppell be still, I look to my left C.O.Smith said stop cussing there are women in here.

15) I don't give a fuck Get him OFF of me he's gonna Kill me. The pain was unbearable, I was begging for help and telling Dr.Orman to STOP I'm gonna SUE you! Dr Orman kept going...

15) Then C.O.Smith grabs my left forearm with both of his hands and flops his stomach up on my arm.

16) C.O. Miller grabbed my right shoulder and bicep leaning over in my face screaming SHUT UP! BE STILL! Spit flying in on my face and glasses out of his mouth.     Gpg5
    I Knew they were going to Kill me ...

17) Why are they doing this Killing me, I'll never see my son again, I thought.

18) It was like a HOT WIRE ripping my insides

19) The Anesthesiologist said "Don't worry, the meds will give him Amnesia and he wont remember anything".

20) It was going on for so long it seemed the pain was going into my heart Oh GOD it was so HOT.

21) Dr. Orman said "thats right what happens in the Cath-Lab stays in the Cath-Lab."

22) Please STOP I begged to No Avail. I was helpless they were Killing me and I couldn't stop them. It was like it was cutting me as it moved inside me     STOP Please take it out. I begged ...

23) Dr Orman said   20 oprofalol, 10 more oprofolol, 20 more oprofolol, 2 phentenol   I did'nt Know what that was but I Knew I was dying ...     Spell check SORRY

24) They were still holding me down C.O. Miller had his hand

or arm accross my throat pressing down hard, I was choking could'nt get any air Miller was screeming BREATH man breath! Right in my face his hands grabbing me so tightly hurting scaring me further.

Cpg6

25) They were all talking about how badly the procedure had gone "It was bad", "Real Bad, another "This was Terrible".

26) C.O.Miller was watching me real close Menacing I was terrified and humiliated and hurt so bad HoT like I was ripped open inside from my groin all the way in my chest/ Heart.

27) I thought be still maybe you can live to get out of here.

28) A nurse said take these pain pills she said.

29) Someone seid be still we're gonna pull it out. It was scraping something OH GOD it hurt so bad.

30) I heard Dr.Orman say "he's going back to the prison."

31) They took me up to the BIG ROOM and a nurse brought more painpill she seid," Be Still, Don't you Move I already lost one patient".

32) Coming up to the F.C.I. C.O.Smith tells C.O. Miller theres No Way I'm gonna make this guy walk

all the way froom R&D after what he just went    Cpg7
through. Pull in the front I'll take him straight in.

33) C.O.Smith was helping me stablizing me on the left
Side (I did not have my cane I use since the last STROKE)
and I was hurt so bad inside.

34) I asked C.O.Smith "Why would Dr.Orman hurt me
like that? I said NO and I was begging him to
STOP."

35) C.O.Smith said "I don't know Chappell, all I can
think of is he said you were allergic to Valiumm so
he did'nt use anything, it sure was BAD."

36) Please see Affidavit in support of this claim (see EXHIBIT 1)

37) see Heard v. Sheahan, 253 F.3d 316 (7th Cir 2001)
Heard is incorporated herein by reference and
made part of this Complaint and is applied to
all Claims as presented. (see Appendix A)

38) see letter from O.I.G. (see EXHIBIT 3) I wrote O.I.G.
seeking help I was hurt so bad inside and No one
here would help me. I was in fear for my life
I was hurt so bad.

39) (See Appendix B) for Administretive Remedy in support
of this Claim dated 9·24·17 However I was not

allowed to file it for 37 Days they were refusing me   Cpg8
care and waiting for me to die.

40) also see, in support of this claim EXHIBITS 1,2,3,4,4B,
16,18,19,20,21,22,23,24,28,29,31,32,33,34,35,36,37,38,39,
41,42,43,44,45,46,47,48,50,55,56,57,66 (see Appendix E2)

41) Psych. Dr. Carmicheal has diagnosed me as having severe
STRESS, PTSD, Nightmares due to these events on 9·22·17.

Claim Two; Eighth Amendment Violations under deliberate
indifference against Counselor Ms. Hart for refusing to con-
tact Health Services when I was in her office having
cardiac distress on 9·24·17. This is deliberate indiff-
erence to my serious medical needs.

Summary of Claim; On 9·24·17 I went to Ms. Hart's office
in an effort to turn in a BP.8 regarding the torturous act
committed against me by Dr. T. Orrman, Jane Doe Anesthes-
iologist and CO Miller and C.O. Smith on 9·22·17.
        She asked me what happened took the BP.8 reed it
and said, "I'm not filing this 'I'm taking it to the
Warden so he can get ahead of this." Denied me due process,
        I told her I need help I feel like I'm having a
heart attack, I'm hurt bad.
        Ms Hart said, "You better not even speak again about
what happened to you at that hospital ever again,
do you understand? You'll have some Reel Big

problems, We'll take you to the S.H.U. and the will    Cpg9
beat the shit out of you and you will not get any
medical help. Now go to your cell and lay down.
    Ms. Hart refused to contact medical so I could
get treatment for cardiac symptomms and threatened
me with S.H.U. placement and being beatin for
even speaking about what happened to me.

Supporting Facts:
1) see Affidavit in support of this Claim (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) see Admin. Remedy (Appendix C) in support of
this Claim, and (Appendix E2)

4) See also, in support of this Claim  EXHIBITS 2, 3, 4, 4B,
9, 13, 19, 20, 35

5) Ms. Hart did this with malicious, sadistic, Evil intentions
to attempt to silence me through intimidation and
abuse of power of her Office within the BOP. NO
one here would accept an Admin. Remedy or help
me get proper medical care. They left me to die.

6) Psych. Dr. Carmicheal has diagnosed me with severe

STRESS, PTSD, Nightmares etc due to these events.    C p5 10

<u>Claim Three</u>; Eighth Amendment Violations under deliberate indifference against Dr. T. Orman, Dr. W. Wilson, Dr. E. Trueblood, RN Tracy Bixler for continued failure to treat my serious medical condition (clogged Artery on the front of my heart.) This includes nurse T. Bixler because she knew of what happened and failed to take appropriate action to get me the Necessary medical treatment for injury sustained on 9·22·17.

<u>Summary of Claim</u>; On 9·25·17 I had a post-surgery follow-up with Dr. Orman in-house upstairs in Infirmary. Initially he lied about being the surgeon on 9·22·17 saying it was'nt him that did it, that he had Not seen me since May, that he did NOT perform the surgery. Nonetheless Dr. Orman Knew that I needed further surgery to correct the blockage or to treat the possible life threatening injuries sustained from his Assaut and Battery committed against me on 9·22·17. He did Nothing to facilitate the Necessary medical care. Dr Wilson was aware of this all and did Nothing failing to proceed with any Necessary Cath-surgery examination to assess my injurys or otherwise. I suffer daily from the restricted blood flow to my heart, including but not limited to fatigue, chest pain, arm pain, Nausea, disorientation, Stress and fear of dying.

Supporting Facts:                                                    Cpg 11

D) See Affidavit in support of this Claim (see EXHIBIT 1)

2) see Heard v. Sheehan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) see Denied BP.8 Clinical follow-up to surgery (Appendix D)
Dr. Orman denies being surgeon, Nurse T. Bixler ter-
minates appointment and orders me out of the
infirmary without Cardiac Care.

4) Psych. Dr. Carmicheel has diagnosed me with severe
STRESS, PTSD, Nightmares etc due to these events.

5) I asked Dr. Orman, why would you operate on
me and I had REFUSED the procedure.
          "It wasn't me", he said

6) Why would you hurt me like that, I was begging you
to STOP. "Aw, it wasn't that bad was it", he said.

7) I was hurting so bad screaming for help and you had
the C.O.'s Smith and Miller hold me down.
          Nurse Bixler jumped out of her chair hands
in the air and said "Who held you down?
          "The guards" I said Smith and Miller
          Nurse Bixler leaned over Dr. Orman and said,

"You can't do that, you can't have anyone held    C pg 12
down. You'll lose your job over this, you'll all
lose your jobs.
        You'll go to jail before I'm done, I said

8) I told Dr. Orman "I'm going to do everything in
my power to make sure you never hurt anyone
again.    Nurse Bixler ended the visit.

9) Nurse Bixler said "Come on Chappell I've got to get
you downstairs so someone can see you, can you
walk? We went downstairs "Why would they do that?"
she asked.
        She had me sit on the bench and she went to
get the doctor, Next to last door on the left.
        She came back a couple minutes later Visibly
shaking and said, "Get Out, We've got to contact
the Clinical Director." I need help please, I said.
GET OUT, she said pointing at the door.
        They left me to die.

10) see also, in support of this Claim EXHIBITS  2,3,4,12,
13,19,21,22, 24, 29,30, 32,33,34, 36, 37, 4B (see also Appendix E2)

Claim Four; Eighth Amendment Violations under deliberate
indifference against Nurses Worthington, D. Decker and
P.A. Heather Mata, for failure to properly treat cardiac
distress or heart attack symptoms from an
emergent visit to Health Services. The failure to

proceed accordingly by sending me to the hospital Cps 13 for treatment when I was in Afib was deliberate indifference to a known serious medical Need.

Summary of Claims; On 9.27.17 I was at Unicor Terry Mill and had cardiac distress/ heart attack symptoms, took 2 Nitro to no Avail. I reported to C.O. Snow who contacted medical who refused to come get me, and said bring him in (approx ¼ mile away) Upon arrival Nurse Worthington took me into Urgent Care Room and did an EKG which showed Afib with rapid heart rate of 185 he said it's just running away. Nurse Worthington gave Nurse Decker the EKG take it to the doctor, he said, Try to calm down Chappell their calling an ambulance.

Then P.A.Mata came barging in screaming, "SHUT UP, I was'nt there, I don't want involved, I don't want to hear it." She was snatching the EKG leads and blood pressure cuff off throwing the stuff in the floor. I said "please help me I'm gonna die." Nurse Worthington stepped up stuck his arm between us and told her STOP! Worthington asked her "what would've hurt him like that?" Mata said "I don't know they put you out." I said "No, they held me down and did it C.O's Miller and Smith held me down I broke down, begging them to help me.

P.A. Mata said "Get the fuck out of here and don't come back talking about chest pains presciption

refills only or I'm gonna write you up for being Cpg 14
out-of-bounds and stalking. We'll give you a
Free World Charge and you will have a sign in
your yard and be registered as a SEX OFFENDER,
    I should've been sent to the hospital!.

Supporting Facts:
1) see Affidavit in support of this Claim (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy dated 10.1.17 (see Appendix E) in
Support of this Claim, (see also Appendix E2)

5) see also, in support of this Claim ExHIBITS 4, 4B, 14,
15, 24, 28, 30, 31, 32

6) I was hurt so bad from the torturous act on 9.22.17
Surgery they should've hospitalized me I could barely
walk, disoriented, shaky.

7) I only made it to the infirmary because another
inmate helped me get there.

8) On 9.29.17 Nurse M. Worthington told me he destroyed    Cpg 15
the EKG showing I was in Afib. He also further
stated, Now you have no proof of anything being
wrong since the surgery, Get out and don't come
back. They are going to let me die.

Claim 4B; Eigth Amendment Violations under Excessive
Force, Deliberate Indifference, Cruel and Unusual Pun-
ishment for ignoring my serious medical condition
that was causing me excruciating pain Cardiac and
emotional distress and could result in my death even
after I made them aware by oral declaration,
via E mail and or mailed letters to Complex
Warden Krueger, Clinical Director Dr. William Wilson,
FCI Warden Bell, Dr Elizabeth Trueblood, AHSA Kim-
berly Klink, HSA McCoy, Dr. Thomas Orman "cardiologist,"
Jene Doe Anesthesiologist, P.A. Heather Mata, P.A. Dougherty/
Muscatel, Nurse T. Bixler, RN D. Decker, Psych Dr. Car-
micheal, RN John Golish, Nurse Cindy McGee, RN Karl
Norris, C-Unit Counselor Ms. Hart, SIS LT. Baker, RN
M. Worthington these people were notified repeatedly
and chose to do nothing to treat the life threaten-
ing injury and left me to die. SIS LT Baker said
my Admin Remedies keep falling in the trash, No
one is going to help you Chappell.

Summary of Claim; After being held down and
tortured by Dr. Orman and C.O.'s Miller and Smith
on 9.22.17 and brought back to the prison early 5 hrs.

later LT Beker and another Unknown LT said everyone   Cpg16
stays overnite after a heart cath in case they start
bleeding. I started asking for help I was hurt so
badly inside. I was cursed out, threatened and re-
fused proper medical care, just left to die.
   I was devastated physically, mentally and
emotionally, I wrote numerous E-mails, letters
all to NO Avail.

Supporting Facts:
1) see Affidavit in support of this Claim (see EXHIBIT 1.)

2) see Heard v. Sheahen, 253 F. 3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc due to these events.

4) see Admin. Remedy "Sensitive 10" dated 11·23·17
which was Never responded to, (see also, Appendix E2)

5) I was refused care by RN Tracy Bixler 9·25·17
in Cardiac distress.

6) I was refused care on Numerous occasions by
P.A. Meta 9·26·17, 9·27·17, 9·29·17 with Nurses D.
Decker and Nurse M. Worthington. Many other days aswell.

C pg 17

7) P.A. Muscatel told me she will not help me and neither will Dr. Trueblood get out!

8) I sent Complex Warden Krueger E·mail and 3 letters begging for help, NO Response.

9) I sent Clinical Dir. Dr. W. Wilson E·mails and several letters begging for help, No Response.

10) I begged Psych. Dr. Carmicheal for medical help or some meds to help me deal with everything Nothing, No help.

11) Warden Bell said, "go after Dr. Orman he's the one that hurt you, leave the staff out of it." Threatening me menacing ...

12) Nurse Norris and McGee lied to other staff as I layed in the hallway having a heart attack!

13) Nurse Worthington destroyed an EKG showing I was in Afib and threw me out of the infirmary P.A. Mata and D. Decker were involved in this. Attempted Murder!

14) see also, ALL EXHIBITS.

<u>Claim Five;</u> Eighth Amendment Violations under deliberate    Cpg 18
indifference against Nurses Karl Norrs, Cindy McGee and
an unknown LT. for failure to properly treat heart attack
symptoms when it's known I've had 6 heart attacks
and 2 strokes already, this was an emergent visit to
health services I was aided in getting there because they
refuse to respond to the Unit which was approx. 200yrds
away. The failure to proceed accordingly by performing
a necessary EKG and sending me to the hospital
for treatment was deliberate indifference to a known
serious medical need.

<u>Summary of Claim;</u> On 11·19·17 while in housing Unit C
I suffered cardiac distress and after taking multiple Nitro
to no effect I told the Unit C.O. He seen I was in bad
shape and called Health Services who said tell him to
come on down, we're busy. I could not walk on my
own so inmate R. Brown assisted me to medical.
Upon arrival inmate Brown got me in a chair and was
knocking on the door for help. Nurse Norris came out
of the Pill Room and advised inmate Brown to leave,
which he did, then Nurse Norris went back in the
Pill Room and SHUT the door leaving me in the hall.
Sometime later while I was calling for help Nurse
Norris came out and told me theres nothing wrong
with you, go back to your Unit. This order was
given without even giving me an EKG and I've
had 6 other heart attacks and 2 strokes, and had
elevated Bloodpressure and heart rate, I stepped

out in the hallway asked a passing C.O. (unknown) to  Cpg19
get the LT. I need help but I was stumbling,
disoriented, dizzy, Nausea, sweating heavily, and
collapsed

At this time several C.O.'s and an LT. (unknown)
arrived and Nurse Norris said he's fine, he'll be
alright it's a Panic Attack he's got PTSD.

Then Nurse McGee appears lying further saying,
don't worry it's his medication this happens
everyday about 30 minutes after he takes his
meds, I'm gonna cut his medication back.
The Lieutenant told the Officer's to return to
their post, that it looks bad enough for me to
be laying in the hallway and everyone just
standing around, Then he told me to get up
and go back to your Unit or your going to
the S.H.U. and not get any medical care.
They all walked off and left me to die.
I finally got up later and made it back to
my Unit where I collapsed in my room, for
the day. It was weeks later before I started
to recover fully.

Again Nurses Norris and McGee fail to treat
me properly with an EKG for heart attack
symptoms.


Supporting Facts:
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Affidavit by inmate R. Brown (see EXHIBIT 5) in     Cpg 20
support of this Claim.

3) see Affidavit by inmate T. Sirtoff (see EXHIBIT 6) in
support of this Claim.

4) see Admin. Remedy at (see Appendix F) dated 11.19.17
in support of this Claim.
see also, (EXHIBIT 27) in support of this Claim (Appendix E2)

5) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

6) I was in obvious Cardiac distress they should have
come and got me from the Unit with a wheel-
chair or stretcher.

7) Nurse Norris refused me proper exam with Evil,
sadistic intentions, to let me die.

8) Nurse McGee lied to STAFF with Evil, sadistic intentions,
to let me die.

9) No one would take medication that does this to them.

Claim 5 B; Eighth Amendment Violations under deliberate
indifference, cruel and unusual punishment and Medical
Needs against against P.A. Mata for refusing to refill my
Chronic Care Pain medication T-3's with codeine, that I've

been on for years., and threatening me for filing on her   C pg 21
for refusing me treatment on several other occasions.
She did this willfully and Knowingly that I would suffer
excruciating pain for several days over the Christmas/
New year holidays at least. Nurse Mize was present when
I went to Sick Call for the refill, she sent him to get
something and threatened me in his absence.

<u>Summary of Claim</u>:   I went to Sick Call on or
about 12·25·17 for refill of Chronic Care Pain. meds T·3's
with codeine and P.A. Mata deliberately did Not renew
it to cause me extreme pain for several days as
retaliction for me filing on her for denying me care
on several other occasions.

<u>Supporting Facts</u>:
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see <u>Heard v. Sheehan</u>, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims as
presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy dated 12·31·17 in support of this
Claim. (see <u>Appendix F 2</u>)

5) P.A. Mata did make good on her threats to make me    Cpg22
suffer for filing on her for denying me proper Care
previously.

6) see also, in support of this Claim. EXHiBiTS 4B, 51 (see Appendix E2)

7) Nurse's Norris and McGee conspired together and lied to
other stAFF down-pleying what was wrong with me en-
dangering my life further, denying me critical life
saving treatment.

Claim Six; Eighth Amendment Violations under deliberate
indifference to a Known serious medical need and Excessive
Force against C.O.'s Penman and Scounce for Refusing
to permit me to see a Cardiologist at an outside
appointment at Providence Medical Group and for C.O.
Penman pointing his gun at me and threatening me
for filing on the 9.22.17 event at Union Hospital and
Dr. Orman and C.O.'s Smith and Miller, retaliation since.

Summmary of Claim; On or about March 23, 2018 C.O.'s Pen-
man and Scounce take me to Providence Medical Group for
a Cardiology appointment. Whhile waiting in the parking
lot C.O. Penman ask me if I've ever seen this doctor? Who
is it? I ask. Mercho, he said.    No, I said.
        Well you seen Dr. Orman how did you like that,
huh, how did that feel? They were roaring laughing at
me. I was humiliated. Then Penman gets a call and
tells Scounce let's go I've got ball practice this afternoon

I don't have time for this shit.  Scounce starts backing Cpg23 out. And I said, "Hold on, I need to see this doctor I've had 7 heart attacks and 2 strokes, I'm hurt, please." C.O. Penrman said as he turned toward me "You should've thought about that before you started filing on people, We stick together in Terre Haute". he had his <u>gun</u> pointed at me. he said "You want a real probleim bitch? Pull over right there", he told Scounce, but Scounce kept going.

This is deliberate indifference to a known serious medical need and Excessive Force  see e.g. <u>Northington v. Jackson</u>, 973 F.2d 1518, 1523-24 (10th Cir. 1992) prisoner's allegation that correctional officer put a gun to his head and threatened to shoot him stated Eighth Amendment Claim); <u>Burton v. Livingston</u>, 791 F.2d 97, 100-01 (8th Cir 1986) defendant pointed gun at plaintiff, cocked it and threatened to shoot, Constitutes Eighth Amendment Claim

<u>Supporting Facts;</u>
1) See Affidavit in support of this Claim. (<u>see EXHIBIT 1</u>)

2) see <u>Heard v. Sheahan</u>, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented, (see <u>Appendix A</u>)

2B) see also, (Appendix E2) in support of this Claim.

3) see Admin. Remedy at (see <u>Appendix G</u>) "sensitive 10" the first 2 times I wrote it SIS LT Baker said he

lost them take the gun out nobody's going to help Cpg24
you Chappell stop this Now or your going to be in
SHU for a long time with no medical.

4) I was denied Cardiac Care by CO.'s Penman and Scounce
for a Known Serious Medical Condition.

5) C.O. Penman threatened me at gun point for filing
over the 9.22.17 Union Cath-Lab event.

6) approx. 1 week later I was hospitalized for Cardiac
reasons.

7) Days later I was taken back to Providence Medical
Group by C.O.'s Pierce and Miller.
    Dr. Mercho who works here with Dr. Orman did
not even listen to my heart and was visibly shaken
to even be around me because of what had happen-
ed on 9.22.17. This is a conflict of interest for him.

8) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc due to these events.

Claim Seven; Eighth Amendment Violations under deliberate
indifference to serious known medical needs against P.A. Meta
who did change my prescription dosage to double and change
the refills to 0- with malicious, sadistic, evil intentions
Willingly and Knowingly to cause STRESS, FEAR and
emotional distress for me filing on her earlier for denying

me proper Cardiac Care to a Known serious medical    Cpg 25 condition.

<u>Summary of Claim</u>; P.A. Mate did this to retaliate against me. NOT based on Clinical findings or presentation. But with malicious and Evil intentions to cause more STRESS and Fear of helplessness. She did this because I asked for help after the Torturous act committed against me on 9·22·17 and because I filed on her and others for refusing me care afterward.

<u>Supporting Facts</u>;

1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see <u>Heard v. Sheahan</u>, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) see Admin. Remedy dated 12·15·17 (see <u>Appendix H</u>) in support of this Claim includes Altered labels.

4) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc due to these events.

5) SIS LT. Baker told me the missing BP·9 and response is probably in the trash, it must have fell off his desk.

6) P.A. Mata also repeatedly told me how the nodules were    Cpg26
spreeding through my lungs end Cancer is a bad
way to go.

7) SIS LT. Baker denied me the Admin Remedy BP·9 and
answer as he conspired with P.A. Mata and Counselor
Ms. Hart who told me "Now your in the Trick Bag.
Don't go to the next level without your answers here
or they will deny them, this is the BOP no one
is going to help you Chappell."

8) see also, in support of this claim (Appendix E2)

Claim Eight: Eighth Amendment Violations under
deliberate indifference and Excessive Force against C.O's
Atterbury and Snow for threatening me for going
to Legal Mail, Medical eppointments / treatment
and for Killing Huebert Hess a state murder
conviction, end for Piling on the torturous act
committed against me on 9·22·17 by Dr, Orman
and other staff,

Summary of Claim: Sterting on 12·4·17 both my
Unicor Terry Mill supervisors C.O's Atterbury end Snow
started threatening to fire me for going to Legal Mail,
medical eppointments and over a State Murder Conviction
from 1991. They even Called me to the office on one
occasion got up from their desks Atterbury in front of me
Snow behind and started bumping into me pushing me

Kicking my feet causing severe pain in my left foot    Cpg27
which is damaged from my last STROKE Knocking me
off balance saying you e killer? We've been to
War we've killed people too. Why did you kill Huebert
Hess? I knew Assistant Warden Hirons over Unicor
their Boss/Supervisor had put them up to this A.W.
Hirons had already confronted me because we were
both born in Wynne, ARKansas (see Appendix Q)
This was done Willingly and Knowingly of the danger-
ously delicate state of my health to cause Fear, STRESS,
Intimidation, severe Chest pain to the point I had
to take Nitro to get relief Numerous times before I
was finally fired by the Factory Manager Wright (see
Appendix L.).


Supporting Facts:

1) See Affidavit in support of this Claim. (see EXHIBIT 1)


2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir 2001)
Heard is incorporated herein by reference and made part of
this Complaint and is applied to all Claims as presented.
(see Appendix A)


3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS,
PTSD, Nightmares etc due to these events.


4) see Admin. Remedy dated 12.27.17 in support of this Claim.
(see Appendix I) I was threatened by F.M. Wright with
S.H.U. placement and being beating I signed under duress.

5) I believe that C.O.'s Atterbury, Snow and F.M. Wright          Cpg28
did this because Assistant Warden Hirons told them
too.

6) C.O. Snow acted like he was going to stab me with a
long screwdriver on one occasion in the parts room.

7) C.O. Atterbury threatened to take my Cane I use to walk
on another day when he seen I was really hurting.

8) see also, in support of this Claim Appendix's K, L, Q, J.

Claim Nine; Eighth Amendment Violations under deliberate
indifference to my serious medical needs against Nurse
Karl Norris for refusing me proper treatment for
a Puncture Wound to my right hand palm approx
1" inch long and a half inch deep. And for falsifying
medical records about the injury.

Summary of Claim; On 3·13·18 while working as
the Oil, Grease and Revisions Mechanic at the Unicor
Terry Mill I accidentally stuck a screwdriver into
my right hand palm ripping it open approx. one inch
long and a half inch deep bleeding heavily holding
a towel I approached C.O. Snow who seen it and
took off to the office entering behind him as he
was telling C.O. Atterbury Chappell's hand is pouring
blood he's hurt bad. C.O. Atterbury said thats bad
you've got to go to the infirmary and get that

cleaned and stiched up so it doesn't get infected,    Cpg 29
C.O. Snow escorted me to Medical, Nurse Norris did
not even look at the wound handed me 3 or 4
dry bandaides saying "thats all you get" and
slammmed the door in my face.

Still bleeding 3·15·18 C.O. Atterbury orders me to
go back to the infirmary. C.O. LeMaster called
medical and Nurse Golish said "Chappell, he can
go to sick Call tommorrow," hung up.

Exiting the Unicor for lunch, Factory Manager Wright
see's the blood soaked rag looks at my hand takes
me Outside and tells me "If one of my Kids
made me half as mad as you do "BAM" right upside
the head," he said as he SWUNG in a striking
motion. Threatening to hit me in the head for
asking for help getting stiches to a wound sustained
at work. They are conspiring to remove me froom
Unicor for writting this to Dr. Trueblood in an E-mail
and over a state murder conviction because A.W.
Hirons was friends with Hubert Hess and his
family. The guy beat and roped a young girl I
Knew I confronted him about it and the fact
he stole some tools froom me, he stabbed me
and I Killed him.

Supporting Facts:
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) See Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)

Heard is incorporated herein by reference and made        C pg 30
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy dated 3·18·18 in support of this Claim. (see Appendix J)

5) I did not even receive a tetanus shot until 3·16·18 the wound was red and swollen, leaking puss yellow.

6) SIS LT. Baker said the video of F.M. Wright swinging/ threatening me must have been erased it's gone. He also threatened to write me a SHOT unless I drop all Admin. Remedies.

7) see also, in support of this Claim (*Appendix's I, K, L, P, Q)

8) see also, in support of this Claim EXHIBITS 7,8, 58, 59, 60, 61, 62,

Claim Ten; Eighth Amendment Violations under deliberate indifference, Medical Needs and Cruel and Unusual Punishment and excessive force against C.O. Atterbury who willfully and Wantonly did threaten attempt coerce me to sign a false statement in return for medical Attention. I do believe he did this at the instruction of F.M. Wright and A.W. Hirons. And was obviously done with malicious

and sadistic intentions to instill Fear, mental and    C pg 31
emotional distress.

Summary of Claim; On or about 4·20·18 at the Unicor
Terry Mill C.O. Atterbury approached me handing me a clip-
board telling me to Sign IT. As I started to read he
became visibly angry and started screaming at me
to SIGN IT Chappell, No I said it's all lies. You
better Sign IT NOW he got in my face screaming
telling me repeatedly to sign the form. It was
written like a lawyer wrote it saying I intention-
ally tried to steal a flashlight, that I wanted to
drop all my administrative Remedies and that
I lied. He said Sign it and you can see the Lung
specialist next week. NO I said its all lies, I
stepped back I thought he was going to hit me.
He said what do you think is going to happen the
next time you need a doctor  took the clipboard
and left. C.O. Atterbury was attempting to coerce my
signature to falsify government documents offering
me medical treatment that could save my life, he
knew I had nodules spreading to thousands in both
lungs and I had been told by Dr. Bhuptani, P.A. Mata,
P.A. Muscatel, nurses Worthington and others that when
they get the bony legs I would be dead in 6 to 12
months Cancer.

Supporting Facts;
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)    C pg 32
Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe stress, PTSD, Nightmare etc. due to these events.

4) see Admin. Remedy dated 4·22·18 in support of this Claim (see Appendix K)

5) see Affidavits in support of this Claim by inmate L. Ross (see EXHIBITS 7,8)

5B) (see EXHIBITS 74,75) in support of this Claim.

6) I did not try to steal a flashlight or they would have written me a SHOT.

7) C.O. Atterbury should've noticed it was not in my Tool Box at Check IN. It was in my back pocket sticking out its Lime Green/Yellow about 7" long.

8) Assistant Warden Hirons Name was at the TOP of the paper C.O. Atterbury tried to make me sign.

9) I believe that A.W Hirons, F.M. Wright, C.O.'s Snow and Atterbury were all conspiring with Capt. Hess too and SIS LT Baker and FCI Warden Bell to drive me over the edge to cause another heart

attack, stroke or my death all in retaliation for      Cpg33
me killing a rapist <u>Hubert Hess</u> Oct 11th 1991.
I have suffered immeasurable amounts of mental
and emotional distress and Cardiac distress it's
pushed me to the edge of maddness despair,
there is no help for me here.

<u>Claim Eleven</u>: Eighth Amendment Violations under deliberate
indifference, cruel and unusual punishment and Excessive
force against Factory Manager Wright, C.O. Snow, Capt Hess
and other unknown staff. On or about 5.23.18 F.M. Wright
came to me and said I need to Drop all my Admin.
Remedies. I can't do that, I said. He said, "I should
not put my family in danger by making him mad,
I was in the military for 21 yrs. people get hurt".
I said, "NO". He said "I will take action" and left.

<u>Summary of Claim</u>: The next morning 5.24.18 he comes
back walking around me like he's going to jump on
me real aggressive posture circling me 2 or 3 times
then smiled and walked off.
  Then here comes C.O. Snow who said, Get your
stuff and tool box and come to the office.
I go in and F.M. Wright tells Snow check his
Tool Box. F.M. Wright says you were operating
a chain hoist without permission your fired.
    About an hour later Unit C.O. says I need to
go back in tomorrow morning.
    5.25.18 F.M. Wright tells me just hang on

Cpg34

he comes back and tells me to sign off on the Admin. Remedies and I can go to work in the Finish Dept. sewing socks that C.O.s Atterbury and Snow don't want me in the Terry Mill anymore. I told him I'm not signing anything. Your Fired, he screamed.

F.M. Wright get's another unknown STAFF member to go with us walking back to my housing Unit Wright says, "Your fucked up, you will never work Unicor again anywhere, I got you", he said.

Then right when we get to the door to F. Unit he hollars "Lookout" pointing at me, "He's a fuckin trouble maker and he'll never work in Unicor again" he was talking to a bunch of Staff that were in the hall.

The Unit C.O. put me in the computer room Wait here he said.

A couple minutes later here comes Capt. Hess and some other STAFF behind him. He tells me I'm going to get beat and that I probably will NOT make it. He cursed me and threatened me some more and left.

I was shaking, chest hurting taking Nitro, heart racing theres No end to this but death for me I can't understand how No one ever responds to the letters I write...

I need help...

Supporting Facts;                                                    Cpg 35

1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
a part of this Complaint and is applied to all
Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these Events.

4) see Admin. Remedy dated 5·29·18 in support of
this Claim. (see Appendix L)

5) see also, in support of this Claim EXHIBITS 58, 59, 60,
61, 62, 67, 74, 75, 75B

6) Factory Maneger Wright threatened my family unless
I drop all Remedies.

7) (see Appendix J) in support of this Claim.

8) F.M. Wright is in Violation of BOP Policy and
criminal laws he is causing me immmeasure-
able amounts of STRESS and emotional
distress about my safety and my families.

9) This wrongful dismissal and F.M. Wright is try-
ing to get inmates to jump me for writting D.O.J.

(see EXHIBITS 7,8 ) thats violating Criminal laws!    Cpg36

Claim Twelve ; Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment and Medical Needs against BOP Complex Warden Krueger, Clinical Director Dr. William E. Wilson, F.C.I. Warden Bell, Dr. Elizabeth Trueblood, AHSA Kimberly Klink, HSA McCoy, P.A. Heather Mata, P.A. Genevieve Dougherty/Muscatel, Krysti Jackson, Nurse Cindy McGee, Unknown X-ray Tech, Nurse Worthington, Nurse David Decker, Nurse John Golish, Nurse Karl Norris, BOP contractor Pulmonologist at Spinghill Pulmonology Clinic Dr. Bhuptani and Dr. Koji at Union Hospital. These people all lied to me for over 2½ years telling me how 3 nodules found Sept. 24, 2015 at Mon. General hospital in W. Virginia had spread to thousands in my lungs and when they get the bony legs you will be dead in 6 to 12 months cancer.

Summary of Claim; Sept. 24, 2015 Morgantown, W. Virginia Mon. General hospital I had just had another stint placed in my heart 9.3.15 was hospitalized again 9.17.15 I think and had to have Ablation surgery on 9.21.17 was hospitalized again 9.24.17 Chest CT showed 3 nodules on lungs. I was transfered here 11.6.15 hospitalized not long afterward and Dr. Koji sat on the side of the bed patting my leg head down and said,

I've got some bad news Mr. Chappell, the nodules    C pg 37
in your lungs are spreading. How many, I ask.
Theres several in each lung now, we're scheduli-
ng you for more test don't worry. What kind of
test, I ask. CT Scans with Contrast dye it
will really light them up so we get good
clear pictures. And we're scheduling you
to start seeing a specialist a Pulmonologist
he's real good don't worry and he left.
This was in Union Hospital Terre Haute, IN.

Over the next 2 years and 9 months I
had numerous CT-Scans, blood work, outside
appointments with Dr. Bhuptani at Springhill
Pulmonology Clinic where he told me of
the steady increase of nodules a few in
each lung to several, a bunch, hundreds and
thousands. He prescribed 1 inhaler, then 2,
then 3 all to little or no effect. My breathing
is so labored at times medical P.A. Mata
P.A. Muscotel, Nurses all telling me how it
spreads when it get the bony legs 6 to 12
months death.

On or about 6·19·18 I'm X-rayed here at
the FCI infirmary the X-ray Tech unknown
female take a couple and she's acting all
nervous, hands shaking. She says theres a
MASS about 4.3 cm X 1 cm death is here I
think...

On 6·26·18 I'm called to R&D I go to
the hospital the C.O. said direct admit he's
acting all funny.

The nurse comes telling me to sign release forms,     Cpg38
for what, I ask. Dr. Koji comes puts me on
Xanex  ↙spell check  tell me don't worry it's a MASS
4.3cm x 1cm we've got good Cancer Specialist
I broke down again...

6·27·18 they do another CT-Scan with
contrast dye always with that dye it makes
my back and legs hurt and go even more
numb than my left side is already from
the last stroke damage. I'll be dead by
next Summmer though I'm thinking...

A man comes to my bed about an hour
or 2 later I guess and this is what he said,
    Mr Cheppell?
    Yes Sir
Dr   My name is Doltz, D·O·L·T·Z  he
spelled it for me.
Dr   Your going to need this information
he said.
Dr   When did they first find the Nodules?
Me   Sept. 24, 2015 Mon. Gen. W. Virginia
Dr   How many?
Me   3 I think
Dr   And who told you they were spreading?
Me   I told him
Dr   And they say there are how many now?
Me   Thousands, I said.
Dr   They recently found a MASS?
Me   Yes Sir.
Dr   They did the X-ray at the prison
Me   Yes Sir.

Dr.  Mr. Chappell thats all UNTRUE the        C pg 39
Nodules Never spreed and there is
NO MASS they must of left a Sticker
or something on the X-ray and it
imposed it on your X-ray.
Your lungs are clear except for some
fluid Congestive heart failure causes your breething issues.

Me   What? Why would all these people lie
to me like this for so long 2 yrs 9 mths.

Dr.   I don't Know Mr. Chappell but I told
them months ago they were wrong...
and they still have'nt told you so
I came to tell you myself.
You've got my information you
Know what you need to do.

Me   What?

C.O. Hatfield was standing there beside him.
Dr   Dr. Doltz       said, You Need a
g...damn lawyer they can't lead
you to believe your terminally ill
when it's Not true...

Dr.   Thats right, You've got my info
right

Me   Yes Sir

They hurried up and gave me my clothes, pulled    Cpg40
the IV and was going out the secure door
LT. Hanson said hey Chappell, what did that
doctor tell you?
     I told him and he said, you need a lawyer.
     I get back to the prison and Worden Bell
stops me in the hallway gets right in my face
and tells me there is NO Dr Doltz the nodules
and MASS are in my lungs and I need to trust
Dr Trueblood and the medical staff here they are
the ones taking care of you. That could've been
anyone just wandered in off the street.
     Then when Dr. Trueblood has me on call-
Out for a follow-up she tells me there is
NO Dr.Doltz that maybe he did'nt know what
he was looking for  Or maybe the nodules are
so small he could'nt see them.
     This is all deliberate indifference, cruel
and unusual punishment and Medical Needs
Conditions of Confinement Violating my
Rights and Criminal law. This was done
Willfully and Wantonly with Evil, sadistic and
malicious intent causing immmeasurable
amounts of STRESS Mental Anguish and
emotional distress I thought about suicide
so many times...

Supporting Facts:
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)

Heard is incorporated herein by reference and    Cpg 41
made part of this Complaint and is applied to
all Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy dated 7·12 18 in support of this
Claim. (see Appendix M)

5) see also, in support of this Claim EXHIBITS 78, 79, 84
and Claims 7, 10, 20

6) They Refuse to give me a copy of my medical
records.

7) I have been through an unfathomable Nightmare
with these people lying to me at every possible
opportunity P.A. Mata over and over telling
me how the Nodules spread.

8) P.A. Muscatel lies, it's spreading you'll be coughing
up blood or black or green is what we're look-
ing for.

9) AHSA Klink you Need to trust us, it's spreading
let us help you.

10. Ms Jackson, if you want medical records have
your attorney contact our legal team and
slammed the door in my face.

11) SIS LT Baker said he's looking into who that     C.pg 42
was that came in there, there is No Dr Doltz.


Claim Thirteen; Eighth Amendment Violations under
Conditions of Confinement, Cruel and Unusual Pun-
ishment against SIS LT Baker told me my Admin.
Remedy's Keep falling off his desk in his trash.
No counselors at this facility would let me file to
get help medical treatment. Ms Hart repeatedly
threatened me with SHU placement and being
beatin. I was hurt so bad from the torturous
act committed against me on 9·22·17 SIS LT.
Baker said, No one will help you drop these
Remedies or medical s not going to do any-
thing for you.


Summary of Claim; After trying to ask for help
to get medical assistance to no avail. I turned to
the Admin. Remedy Process and was met with
hostile attitudes, threats of SHU placement, beatings
and death, (Complex Warden Krueger and Clinical
Dir. Dr. Wison Never Responded) these others
did FCI Warden Bell, SIS LT Baker, P.A. Mata,
P.A. Muscatel, AHSA Klink, C-Unit Counselor Hart,
E-unit Counselor Noblitt and Cole, Unit Team Col-
bertson, Ms. Harvey, all warned me of what
would happen to me unless I drop this Now...
    I was dieing, I was hurt so bad ...
broken physically, mentally and emotionally
I Knew I would Not survive ...

<u>Supporting Facts</u> :                                                     C pg 43

1) see Affidavit in support of this Claim. (see <u>EXHIBIT 1</u>)

2) see <u>Heard v. Sheahan</u>, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see <u>Appendix A</u>)

3) Psych. Dr. Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy in support of this Claim. (see
<u>Appendix M</u>)

5) C-Unit Counselor Hart, Refused to let me file and
NO one else would accept my Admin. Remedy's
for 37 days. (see <u>Appendix C</u>) supports this Claim.

6) AHSA K. Klink told me at Mainline you know no
one is going to help you, you need to just thank
GOD you survived. We can generate enough
in your file to get by this, it will show all kinds
of STuFF.

7) SIS LT. Baker was so mad I wrote them all up for
refusing me he wrote me a SHOT for saying I felt
threatened and harassed by coming back in close
proximity with C.O. Smith and Miller and I thought Miller
was going to do something he acted like he was.
      SIS LT Baker said I'm lying you can Not
tell how I feel.

8) They all kept telling me go to him or her spining   Cpg44
me trying to cover-up what happened.

9) SIS LT Baker said STOP Filing OR ELSE.

<u>Claim Fourteen</u>: Eighth Amendment Violations under
Conditions of Confinement, Medical Needs and Cruel and
Unusual Punishment and Excessive Force against C-unit
Counselor Hart and SIS LT Baker, Unit Team Colburtson
for conspiring together against me SIS LT Baker wrote
me a SHOT lying calling me a liar then threaten-
ed me for filing and puting his name in it.

<u>Summary of Claim</u>: I was called to R&D on 3·23·18
at approx 11:00 am. When I arrived C.O. Smith who
held me down on 9·22·17 was in the office he
seen me and went to the other side of the room.
    I heer a door from the direction I just come
and look over and C.D. Miller come around the
corner, seen me and paused posturing up, Ah yeah,
like he was going to do something. I was in
SHOCK, TERROR, heart racing, chest pounding!
He come on and turned right into the office, he
went over speaking to C.D. Smith and turned around
looking at me Menacingly, Hate, Violent, Intent. I
was so traumatized from the event on 9·22·17, I
wanted to RUN but theres No where for me to
go. They started toward the doorway, coming
out of the office I could'nt move I was
frozen IN FEAR Miller had his head down
looking up at me he acted like and I

thought he was going to kill me.                    Cpg 45

He came out the door turned right and kept going. Smith was right behind him and did not even look up.  I was shaking.... so freaked out I was just breaking into pieces inside, I could'nt take it anymore...

Supporting Facts:

1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc. due to these events.

4.) See Admin. Remedy (see Appendix O) they stole the rest of it. supports this Claim.

5) It is Clear, I never said C.O. Miller lunged, I said he jerked, before he came out the office door like he was going to do something.

6) But he did not, he turned and laughed under his breath, because he seen I was Terrified! NO way am I going anywhere with these two and but Miller just turned laughing under his breath. huh, huh...  But they kept right on going.

7) see also, Then two other C.O.'s comme        C.pg 46
to take me to the Cardiology Clinic
C.O.'s Penman, Scounce,
    who did take me to the Providence
Medical Group building parking lot
    in support of this Claim 6 (Appendix G)

8) I believe that SIS LT Baker wrote me the
SHOT specifically to use as a means not only
to intimidate me and cause emotional distress,
(because he knew what they did to me on 9.22.17,)
but in attempt to have something he could
use to say I lied about something.
            When I did not.
    I think he may have edited the footage,
he surely lied twisting my words.

    The inmate Admin Remed process was
set up for us to address any concern we
have about our daily lives.

9) SIS LT Bake acted with Evil, sadistic intent to
willingly and knowingly cause further emotion-
al distress.

10) Ms Hart and SIS LT Baker both threatened
me further acting according to their own
personal dictates, I better not file anymore
or I would be placed in the SHU and be
beatin and recieve no medical.

<u>Claim Fifteen</u>: Eighth Amendment Violations under    C pg 47
Deliberate Indifference, Excessive Force, Conditions
of Confinement and Cruel and Unusual Punishment
against Capt. Hess for threatening to Kill me on
3 different occasions and or SHU placement and
beatings. I was forced to live in fear everyday.
Finally in Jan. of 2019 I was sent to Union hos-
pital by Ambulance and two STAFF escort Mr. Hart
and Mr. Tyler who works in the Library questioned
me and told me to report Capt. Hess to Office of
The Inspector General because Mr. Tyler said "Your
life is in danger they are going to Kill you
Chappell. (see EXHIBIT 24 letter to O.I.G.) they
never responded or I did not get it. Capt. Hess
Willfully and Wantonly did commit these acts to
cause extreme mental and emotional distress and
fear of death. Warden Bell, SIS LT. Baker, A.W. Hirons over
Unicor F.M. Wright, Unit Manager Royer, CD. Atterbury, C.O.
Snow, COScounce, C.O. Penman and others worked closely
together, Unit Team Colbertson, C-Unit Counselor Ms. Hart
as well.


<u>Summary of Claim</u>: After being denied the Cardiology
Appointment and having a gun pulled on me I went
to Mainline to speak to someone Senior STAFF for
help. Unit Manager Dodge said go talk to Warden Bell,
Warden Bell said go tell the Captain. Who's that, I
ask. Bell said he's over there thats him where you
put your tray up.

Me        As I walk-up I said excuse me Sir,
Capt.        What the fuck are you talking to me for?

| | | |
|---|---|---|
| Me | Your the Capt. | Cpg 48 |
| Capt. | Do you know who I am? | |

Me  NO

Capt.  My name is going to mean something to you!
     he was screaming  spit on his face Tears in his eyes.

Me  What is it?

Capt.  "HESS", you murdering piece of shit. Things starting to make sense. Nobody here is going to help you. I run this fucking shit, you hear me? You say enything about me you won't leave here with a heart beat, got it?
     Now you see that door, he pointed, use it!

     I did and have been living in fear ever since.
     The name "Hess" is significant to me because Oct. 11, 1991 I did kill Hubert Hess was charged and sentenced to prison in Arkensas. He had beat and raped a young girl the night before.
     When he showed up at my house on Oct. 11th I confronted him about that and that he had stolen some tools from me, there was a struggle, he cut me with a knife. I beat him up and shot him to death.

Supporting Facts;
1) See Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made

part of this Complaint and is applied to all    C pg 49
Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares due to these events.

4) see Admin. Remedy "Sensitve 10" dated March 6, 2019 in support of this Claim.
    I did not file anything earlier on him because I was afraid he would Kill me.
    But after Mr. Tyler told me he would testify on my behalf and I had wrote O.I.G. I filed after Hess was put in for early transfer.

5) Capt. Hess transfered back here after I had been here for 2 years.

6) Hess came back after Hirons had recognized me at Unicor Terry Mill (see Appendix Q) in support of this Claim.

7) Capt. Hess also threatened me with a beating and possibly death on 5.25.18 F-Unit Computer Room.

8) Capt. Hess also threatened me with a beating and or death, threatened to slap me in the mouth and pushed me in the LT's office on 10.25.18 for writing Congressman Andre Carson.

9) When I asked SIS LT. Baker for help transfer 6·1·18.  c pg 50 because of A.W. Hirons and Capt. Hess's obviously knowing me being so far beyond just a conflict of interest he told me "Your in a bad spot but your on your own, that's my Captain ...

There was no escaping the certain death that loomed around me.

10) Warden Bell would stop at my door almost every week on inspection and just glare menacing me... then walk on

11) I asked Unit Team Colbertson for transfer and he said "NO, why don't you ask your homeboy's Hess and Hirons.

12) (See EXHIBIT 11) Affidavit by R. Blade inmate in support of this Claim.

13) Capt. Hess told me many things at times just passing my cell or passing in the hallway, over the course of approx 17 months I tried to dodge him, but it was impossible...

Disparaging remarks, your not so tuff now, I could say your a snitch, you walk like a bitch with that cane, he even walked by my cell once in F-Unit stepped back with his finger pointing "POW" like he was shooting me.    I am broken....

14) After I wrote O.I.G. on or about 2-5-19 I was called to the LT.'s office, SIS LT. Baker and other LT.'s were in there with the lights all turned down low. Cpg 51

SIS LT. Baker threatened to put me in the S.H.U. said "I better drop this shit if you know whats good for you"; He further stated "I better say this never happened.

Ordering me to say I'm lying. I can't do that, it's all true, I said.

Claim Sixteen; Eighth Amendment Violations under Deliberate Indifference, Excessive Force, Cruel and Unusual Punishment and Conditions of Confinement against Assistant Warden Hirons Director of Operations over Unicor F.C.I. Terre Haute, IN. but thats not where he's from. Because he confronted me shortly after I was employed at the Terry Mill threatened me "Your gonna get what you deserve, where you gonna go, huh, this is the Bureau of Prison's" he said. When I asked for him to transfer me. A.W. Hirons is in Violation of BOP policy and Criminal law, he should've also reported how he knows me and had me transfered immediately after he confronted me. But insted he chose to seek revenge against me for killing his high school friend Hubert Hess, we are all 3 from Wynne, Arkansas. But he conspired with STAFF here he put Factory Manager Wright and Terry

Mill C.O.'s Atterbury and Snow on me. I even   Cpg52
have a suspision that he may have contacted
his old friend Capt. Hess and told him I was
here and that may be the reason Hess
transfered back here.  Keep in mind this
    I was here for almost 2 yrs. without
any problenns until A.W.Hirons cemme
to the Terry mill parts Room where I
was seen a Coffee Cup said who's is
that? It's mine why? I asked...
    There was and still is an Arkansas
sticker on my cup I made in the Terry
Mill Office with the label maker.

Hirons:    You from Arkensas?
Me:    Yeah

Hirons:    What part?
Me:    I was born in Wynne.

Hirons:    No way, me too.
Me:    Whats your Name?

Hirons:    Hirons, H·I·R·O·N·S (he spelled it.)
Me:    Are you any kin to ol'man Hirons
that use to run Fisher IGA?

Hirons:    You know my dad? How?
Me:    Me and my grandfather Jim Ed
Wampler use to get the Dry Rub BBQ
powder they make there.

He Knew my grandfather was.                    Cpg53
    Worked with my cousin Kimberly
Chappell/Kale at the Federal facility at
Forrest City Arkansas till she resigned
after her mom got Killed.

        I seen him change when it dawned on
him who I am,  He got pale then all
Red face and said, Whats your first name?
Me:        Bryan
Hirons:    Why the fuck did you Kill Hubert Hess
    like that?
Me:        That's None of your business

Hirons:    I went to school with him I Know
his whole family why did you fuckin Kill
him G...damn it.
Me:        Because he was a fuckin Repist, and
he stole some tools from me when I
confronted him he stabbed me.

Hirons: You gonna get what you deserve,
                just what you deserve...

    I was shaking this is all bad he's an
Assistant Worden Capt Hess was Not here yet...

Supporting Facts;
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahew, 253 F.3d 316 (7th Cir. 2001)

Heard is incorporated herein by reference and made    Cpg54
part of this Complaint and is applied to all
Claims as presented. (see Appendix A)

3) Psych. Dr. Cormicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy in support of this Claim
dated March 6th 2019 "Sensitive 10" no response.
     I did not file anything earlier on him because
I was afraid he would have me Killed,
But after Mr. Tyler told me he would testify
on my behalf and I had already wrote O.I.G.
and Capt. Hess had been told to transfer early,
(see Appendix Q) in support of this Claim.

5) see Also, (Appendix P) in support of this Claim.

6) Assistant Warden Hirons should have reported
that he Knew me and how immediately and
I should've been transfered. Instead he
did choose to Violate BOP policy and Criminal
law to seek revenge.

7) I asked him on at least 2 or 3 occasions
to transfer me and he refused. He told
me, "where do you think your going to go,
huh, this is the Bureau of Prisons.

8) CO. Atterbury and CO. Snow repeatedly asked me about
Oct. 11th 1991 Bert's death wanting details ... and



they told me repeatedly "your probably not going to make it".                    Cpg 55

9) See also, in support of this Claim. (Appendix's I, J, K, L)

10) See also, in support of this Claim. EXHIBITS 7, 8, 58, 59, 60, 61, 62, 74, 75, 75B

11) I knew I would die here the STRESS and mental and Emotional distress this was a causing me to have Nightmares of being beatin and Killed, I would wake-up thrashing, struggling, covered in sweat, heart racing, chest pains so bad taking Nitro my only relief. There was no help for me...

<u>Claim Seventeen;</u> Eighth Amendment Violations under Deliberate Indifference, Cruel and Unusual Punishment, Conditions of Confinement, Excessive Force to refuse me Medical Care to a Known Serious medical condition against SIS LT Baker, Counselor Ms Hart, Unit Manager Royer, Counselor Edwards, Assistant Warden Hunt, Dr. E. Trueblood, Ms. Jackson, Nurse Golish and Warden Bell, Nurse Worthington.

<u>Summary of Claim;</u> On or about 9.25.18 I approached Ms. Hart, SIS LT Baker was standing right beside her. I asked Ms. Hart for a BP-8 she started to pull it out and SIS LT. Baker told her NO, and she put it back with an Evil look on her face. Look I'm

out of Plavix my blood thinner. SIS LT. Baker said, Cpg56 I don't care, go back in your Unit".

I told them," I'll die without it I've had 7 heart attacks and 2 strokes all clot related".

SIS LT. Baker said Real hateful," I said I dont care, BACK IN YOUR UINT."

This is done with Evil and sadistic intentions to possible cause serious harm or my death.

Approx. 2 days later she's back out there and I ask her again for a BP-8. and she Ms.Hart said, "NO, your done filing, you want to write Carson, refering to (Congressman André Cerson) something bad is going to happen to you Chappell, we can go in your cell and find drugs or a weapon anytime."

I was out of Plavix 4 Days the end of Sept., 5 Days the end of Oct., 7 Days end of Nov.

A.W. Hunt had to intervene everytime to make them give it back.

This is Attempted Murder!

<u>Supporting Facts</u>;

1) See Affidavit in support of this Claim. (see EXHIBIT 1)

2) see <u>Heard v. Sheehan</u>, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych. Dr. Cermicheel has diagnosed me with severe

STRESS, PTSD, Nightmares etc due to these events.        Cpg57

4) see Admin. Remedy "Sensitive 10" dated March 11th 2019 at (Appendix R) in support of this Claim. I could not file on it further I could not get the forms, and NO ONE here would help me.

5) Nurse John Golish lied to me saying he was puting the Refill order in. at Sick Call he turned me away at the door.

6) Ms Jackson refused me a refill and turned me away at the door to Medical as well.

7) see E-mail attached to "Sensitive 10" where the prescription was finally rewrote for 5 refills in Feb. of 2019.

8) Dr. Trueblood did this willfully and Wantonly to cause Mental and Emotional distress and to possibly cause another CLOT which could cause serious injury or death.

9) I had already had multiple stints placed in my heart and had suffered 7 heart attacks and 2 Strokes all Clot related.

10) They have all done this conspiring together to try to break me or kill me in attempt to stop me from reporting the torturous act committed against me on 9·22·17 at Union Hospital.

11) Dr. Trueblood was also causing unnecessary lapses    Cpg58
in my Chronic Care Pain Medication T-3's tylenol
with Codeine to cause me to suffer excruciating
pain.

12) Dr. Trueblood had also taken the other pain medica-
tion Gabapentin approx 2 yrs earlier for No reason.
    It was just retored because of this a pending
Complaint Now before the Indiana Medical
Review Board on the 9.22.17 incident at Union
Hospital.

13) see also, in support of this Claim. EXHIBITS 84, 85, 86,
87, 88, 89, 90, 91, 92, 93, 94, 95, 96

14) At Assistant Warden Hunt's direction I started sending
"sensitive ID's" on these issues to Region.
    He said, I don't want this shit coming back on
me this is all too serious, you should've been
transfered your not suppose to be on the same
Compound with Hess or Hirons! (see EXHIBIT 96)

<u>Claim Eighteen</u>: Eighth Amendment Violations under
Deliberate Indifference, Cruel and Unusual Punishment,
Conditions of Confinement and Excessive Force against
Assistant Warden Hunt, Unit Manager Royer, SIS LT. Baker,
and Counselor Ms. Hart for repeated threats of S.H.U.
placement, being beatin or death and refusal to help
me get proper medical care for a Known serious
medical condition. And threats of they will find drugs
or a weapon in my cell unless I drop all Remedies.

Summary of Claim; On or about 1·7·19 Ms. Hart    C pg 59
did refuse me the Admin. Remedy Process for over
3 months to even file for Medicine that my life depends
on or to help me by refusing to contact medical.
    These people did work closely together, Ms. Hart refused
to fill out the form properly after finally giving
me one BP.8 because I told her I'm writting you
up for refusing me the Admin. Remedy Process and
threatening me. She also refused to accept it telling
me to give it to Unit Manager Royer.
    She pleaded don't write me up I'm just follow-
ing orders from Royer and SIS LT. Baker. I'll
put that in there too then, I said.
    So I took it to U.M. Royer who read it, pointed
and said do you understand this right here?
Indicating the part "we can find drugs or weapon
in your cell anytime" in effect threatening me
as she did, And he threw it away.
    On 2·19·2019 I approached U.M. Royer at Main-
line outside the Chowhall with a BP.9 he takes
it, turns back and said I'm not doing this.
    Refusing me the Admin Remedy Process.
    On 3·5·19 Ms. Hart refuses to give me a BP.9
on camera again.
    On 3·8·2019 Counselor Edwards refuses to
accept BP8 on camera F·Unit door.
    A.W. Hunt say's send all sensitive 10's to region.
This is all too serious, you should've been transfered
your Not suppose to be on the same compound
with Hess or Hirons. (see EXHIBIT 96)

Supporting Facts:                                                    Cpg 60

1) see Affidavit in support of this Claim (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all Claims
as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS,
PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy at (Appendix S) in support
of this Claim dated March 11, 2019 deleyed be-
cause of STAFF.

5) 2.19.2019 on Camera U.M. Royer refusing BP.4
   LT. Kraemer and LT. Mosley were there and
looking it's on Camere.

6) 3.5.2019 Ms Hart on Camera refusing me a BP.4.

7) 3.8.2019 Mr. Edwards on Camera refusing to accept BP.8
F-unit door and said "Your about to have an accident."
Threatening me.

Claim Nineteen: Eighth Amendment Violations under
Deliberate Indifference, Excessive Force and Cruel and
Unusual Punishment by Unit Manager Royer and Capt.
Hess for taking my prescription glasses and threat-
ening me with bodily injury and pushing me for
writting Congressman André Carson.

Summmery of Claim; After being denied the    C.pg 61
Admin. Remedy Process for over 3 months
after getting a first corresspondence from
Congressman André Carson  I was stopped
on my way IN to eat (Oct. 25ᵗʰ 2018)

I was stopped by SIS Coudroy and
Counselor Noblitt starts opening letters read-
ing moving in slow motions tells the
SIS STAFF it's Official and gives me 2
letters.

I go in eat.

Exiting the Metal Detector I see
U.M. Royer take my glasses and when (on Camera)
I held out my hand for them back
he put them behind his back and told me
in a very commending angry voice to
Get out in the hall lets go.

Then he says, "so you like writting
letters, now your gonna get your
ass beat." And he sounded like was
going to do it.

I couldn't see without my glasses
and my eyes are real watery end painful
he's threatening me they were surrounding
me

Someone said here comes the Capt. Now
he's gonna get it.  Capt. Hess comes up
and tells me Get in the fuckin LT's office
now! As I go in the door he push's me just
Knocking me off balance but I did'nt go
down.  He's all screaming What's your

fuckin problem he acted like was going to Cpg62
hit me but did not. I was shaking some-
one gave me my glasses back.
   Hess questions me why are you writting
a Congressman
      I told them,"if you hit me I'm gonna
tell holding the letters up."
         I was scared
      I broke down all I did was ask for
help ... they finally let me go.

      Then approx. 2 wks. later on my wey
to evening Chow U.M. Royer steps in front
of me and says STOP here when you get
back from Pill Call.
         He stops me when I come back and
tell me I better drop this all of it or he's
going to HURT ME. acting all menacing.
I was backing away, he tried to box
me into the Utility Closet but I went
around him. I was shaking so bad I
could not even eat.

Supporting Facts:
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and
made part of this Complaint and is applied to all
Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with        Cpg 63
Severe STRESS, PTSD, nightmares etc. due to these
events.

4) see Admin. Remedy in support of this claim.
(see Appendix T)

5) This is all on video U.M. Royer taking my
glasses putina them behind his back,
ordering me out of the Chowhall into
the hallway Threatening me. All those
people surrounding me.

6) Capt Hess charging around the gate forcing
me into the LT's office.

7) They just threatened me with SHU place-
ment and being beatin for writting a
Congressman! This has got to be against
the law!

Claim Twenty; Eighth Amendment Violations under
Deliberate Indifference and Cruel and Unusual Punish-
ment against C.O. Hackett for forcing me to sign a
Refusal for an Outside medical trip to Pulmonology,
or I would be taken to S.H.U. and beatin, for
filing at this facility. Nurse Norris refused me urgent care.

Summary of Claim; On 11.5.18 being taken to
GYM for fire drill C.O. Hackett comes through
the side door calling my name. I approach

him an he said," You don't want to go on a Med.    C pg 64
trip do you?"   Sure, I said.

He got real mad and Red faced and said,
"No you don't, I'm not feelin it you
piece of shit, you like writting people up huh.
your going to sign a refusal or we'll take
you to the S.H.U. and beat your fuckin ass."

I raise my hands backing away, I said,
I don't want any trouble OK, I won't go.

He was totally irate cursing me ordering me
to go sign a refusal or else. He took me
past the Infirmary and I was asking for
Nitro (because I had been rushed out of
the Unit leaving my Nitro, we were rushed
out for shakedown do to a death in F·unit.)
He said "I hope you fuckin die, your a
cold piece of shit."
He makes me walk all the way to F.Unit
where he makes me wait outside. Refusing
to let me go to my cell and get my Nitro
and I've told him I've had 7 heart attacks
and 2 stroke and that pain is shooting
through my chest, back and both arms.
He comes back with LT. Mosley who comes
out see's I'm in distress, then make me
walk all the way back to medical order
me to sign the Refusal then Nurse Norris
gives me only 1 Nitro and they order me
to go back to the GYM, No EKG, Nothing.

Supporting Facts:                                    Cpg 65
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard v. Sheehan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and
made part of this Complaint and is applied to all
Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheel has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remed, dated 4·8·19 filing delayed/
denied by STAFF, occured 11·5·18 (see Appendix U)

5) see Affidavit by inmate K. Cade (see EXHIBIT 10)
in support of this Claim.

6) The event would've been all on Camera, me
struggling C.O. Hackett menacing me the
whole way. SIS LT Baker said threres
Nothing there it must have been, Erased.

7) see also, EXHIBIT 85


Claim Twenty-One: Eighth Amendment Violations
under Deliberate Indifference, Cruel and Unusual
Punishment to a Serious Known medical need
against C.O. Scounce and Penman for causing me to
fear for my life because Penman had pointed his
gun at me approx 13 mnths earlier I had to

refuse a Cardiology appointment.                    Cpg66

Summary of Claim; 4·12·19 M-unit approx 10:30Am
65 to 70 degrees C.O.Scounce bundled-up about
5 or 6 layers thick with like a flat Cabbie-hat.
    I think he was trying to disguise himself,
and wanted to transport me again to the
Cardiology Clinic where he drove off 13 months
easlier while his partner C.O.Penman threatened
me at gun point for filing on the 9·22·17
event at Union Hospital.
        I wrote them up for diving off 13 mon-
ths ago and pulling the gun. But SIS LT.Baker
threw it away and made me resubmit with-
out the gun in it he said,(he was SIS LT.Baker
was raging menacing), at that time.

        I would be crazy to go anywhere
with these people!

Supporting Facts;
1)see Affidavit in support of this Claim. (see EXHIBIT 1)

2)see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)

3) Psych. Dr.Carmicheal has diagnosed me with severe
STRESS, PTSD, Nightmares etc. due to these events,

4) see Admin. Remedy (see Appendix V) in support of
this Claim.

5) see (EXHIBIT 97B) in support of this Claim.        Cpg67

6) C.O. Scounce was even trying to disguise his Voice until I said I Know who you are and I'm NOT going anywhere with you.

Claim Twenty-two Eighth Amendment Violations    Cpg68
under Deliberate Indifference, Cruel and Unusual
Punishment against Psych. Dr. Cormicheal, P.A. Vol-
strof and Dr. Luken for refusing to give me any
medication to help me with the severe STRESS,
PTSD, Nightmares etc that I am constantly
struggling with. I have pleaded with Dr. Cor-
micheal via e-mail and in person and all
they do is send me from one to the other and
never help me, just lies. Leaving me to suffer
in extreme emotional distress. This is still
on going and is done with evil, malicious
intent leaving me in despair, mental agony,
completely without hope, I knew I was
going to die without proper medical care and
all these STAFF and Medical personel mentioned
in these Claims acted like they were mad
at me for asking for help.

Summmary of Claim; After being Tortured on
4.22.17 and being sent to Psych. Dr. Cormicheal
I begged her to help me get medical care to
no avail. I told her in the Numerous appoint-
ments how this was all happening and she
did nothing. Not for 2 years until I finally
got the Complaint filed with the Indiana
Department of Insurance. Dr. Trueblood did
nothing refused to see me. P.A. Muscatel told
me get over it No ones going to help you!
P.A. Volstrof sure I know just the thing to
help with PTSD, lies he never did anything.

I would just breakdown crying and still do    Cpg69
sometimes it's all just been maddness, I
still don't understand how this can happen
and all these people "That are held to a
higher standard, STAFF misconduct will not
be tolerated, mistreatment of inmates is
Not tolerated." These people mentioned in
these Claims worked together to try and
silence me and Cover-up what was done
to me on 9.22.17 at Union Hospital Cath-Lab,
and to Cover-up the retaliation. I was
threatened at gun point by C.O. Penman In
March of 2018 for Filing about the 9.22.17
event, He threatened to Kill me! And they
drove off refusing to even let me see the
Cardiologist Deliberate Indifference is Nothing
to these people they refused me care and
waited for me to die from my injury. When
that did'nt work Dr. Trueblood started causing
lapses in my bloodthinner. They have taken
a part of me and I cannot get it back, I
am broken physically, mentally and emotionally.

Supporting Facts:
1) see Affidavit in support of this Claim.(see EXHIBIT I)

2) see Heard v. Sheahan, 253 F.3d 316 (7th Cir. 2001)
Heard is incorporated herein by reference and made
part of this Complaint and is applied to all
Claims as presented. (see Appendix A)

3) Psychologist Dr. Carmicheal has diagnosed me    Cpg 70
with severe STRESS, PTSD, Nightmares etc. due
to these events.

4) see Administrative Remedy "Sensitive ID" dated
6.25.19 in support of this Claim (see Appendix W)

5) Shortly after the botched heart cath on 9.22.17
I was prescribed buspirone for Anxiety which had
No effect I told P.A. Mata who stated "you can
take that or Nothing."
    Even though I was not taking it or getting
it they left it on my med list for a year
maybe longer and Refused to give me any-
thing else.

6) see E-mail I sent to Dr. Carmicheal date
5.25.19 in support of this Claim. They just
keep lying to me sending me from one person
to the other to ask for help to No Avail.
(see EXHIBIT 25)

7) During one appointment on 12.3.18 she pulled up
my medication list because I told her Dr. True-
blood was causing unnecessary lapes in my
"Plavix" bloodthinner and I was in fear of it
causing another heart attack or stroke or
death. Let me see she said "Do NOT Refill"
she said, "Oh my GOD, why would they do
that?" she asked.    She did Nothing ... I
asked her to print it for me. "NO" she said.

8) I repeatedly pleaded and begged her Dr. Carmicheal Cps71 for help I was in such extreme internal pain from the brutal torture I had endured. She would say "There's nothing I can do", and did nothing.

9) See E-mail dated 11·3·17 in support of this claim (see EXHIBIT 26)

10) see E mail dated 11·20·17 in support of this Claim (see EXHIBIT 27)

11) see also, in support of this Claim EXHIBITS 2, 4B, 96, 97, 98, 99, 100 — thru— 111.

In The United States District Court

Terre Haute Southern Division of Indiana

Bryan C. Chappell
        Plaintiff

        vs                          Case No. _____

BOP Employees, et all.          (Bivens Action)
        Defendants

## Petitioner's Claims Supporting Bivens Action

Attached hereto are Claims One through

Due to the span of time involved in this Complaint, and numerous defendants, Petitioner has set forth the named defendants in each Claim and has outlined all or some of what each named defendant has done, or not done that makes them liable for Violation of Eighth Amendment rights.

However, Petitioner has also referenced Numerous EXHIBITS and Appendixs in support of each Claim. Within [those referenced materials] the actions/inactions of the named defendants are further clarified which will establish their liability for the referenced Eighth Amendment Claim.

In consideration of same, Petitioner hereby incorporates the entire contents of each referenced EXHIBITs or APPENDIXs into each Claim when they are referenced and relied upon. The facts and circumstances referenced therein are essential to show liability.

        Respectfully Submitted, Bryan C. Chappell