United States District Court
for the
Southern District of Indiana
Terre Haute Division

Bryan Colby Chappell
                Plaintiff

        vs.                        2:20-cv-00224-JRS-MJD

BOP Employees, et al.
                Defendant(s)

FILED
MAY 07 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

---

## Addendum to Bivens Action

---

I hereby swear under penalty of perjury of the laws of the United States that all statements of fact within the Supporting Facts of each Claim of this Complaint are true and correct to the best of my knowledge and belief. I also swear that all EXHIBITS and APPENDIXS are true and correct copies of the originals. (28 U.S.C. 1746)

                Signed: Bryan Colby Chappell

                Dated: 4.30.2020

Claim Twenty-Three; Eighth Amendment Violations under Cruel and Unusual Punishment and Deliberate Indifference against Dr. Luken, P.A. Volstrof and Nurses Worthington, Nurse Dean and A.H.S.A. Booth for refusing to Refill 7 of my prescription medications for 7 days straight while knowing I've had 7 heart attacks and 2 strokes already. Causing me to have cardiac distress And I had to be hospitalized on 2.3.2020.

①

Summary of Claim; On or about 1·27·20 I noticed that I was out of 7 of my recently refilled prescriptions. I tried to notify nurses who passed out meds since we were on lockdown to no avail, Finally Sick-Call 1·31·20 Nurse Worthington and P.A. Volstrof and I told them I'm "Out" please. So I checked Pill Window 1·31·20 Mainline and 2·1·20, 2·3·20 A.m. and Mainline I informed A.H.S.A. Ms. Booth I'd been out of my meds. for 7 days, I'll die without them. AHSA. Ms. Booth said "They fill them by NEED evidently you are not on that list, GO to Sick Call." I was feeling so bad I went back to my cell to lay down, my condition continued to get worse, and after taking 2 Nitro, being short of breath, nauseated, disoriented, and with severe pain and burning in my chest into my back, both arms and left hand with tightness in my jaw and face both sides. I went to infirmary Nurse Pointer EKG'ed me noted Cardiac distress and I was hospitalized. The Ambulance personel Noted the anomalies on the EKG's they did as well. This is deliberate indifference by all Dr. Luken should have Refilled My Meds before they ever ran out. P.A. Volstrof and Nurse Worthington refused to refill them and Assistant Health Services Administrator Booth Refused to do anything as well and all these people know I have an extensive cardiac history. This is retaliation for me filing on the 9·22·17 Event Dr. T. Orman and Union Hospital. I believe they were trying to kill me.

Supporting Facts;                                    ②

1) see Affidavit in support of this Claim (EXHIBIT 1)

2) see Heard vs. Sheahan; 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc. due to these Events.

4) see Admin. Remedy (Appendix X) in support of this Claim. They are refusing me the Admin. Remedy Forms/Process so I cannot exhaust.

5) They are refusing me medical records.

6) AHSA Klink/Julian called me to the infirmary and had Dr. Luken, P.A.Volstrof and P.A.J. Kesser present and threatened me for filing on this.
    She said for me to sign OFF of my Remedy and I refused.
    She ordered me to sign OFF or NO ONE is going to help me.

7) P.A.Volstrof refused to even do my Vitals on 2.11.20 and I was in cardiac distress this was direct retaliation for me complaining about not getting my meds for 7 days. It's on camera he sent me out refusing to treat me called the next guy and went and got the Vitals machine to check him!

③

3

8) see (EXHIBIT 112) in support of this Claim.

9) see (EXHIBIT 113) in support of this Claim, I was having cardiac issues and was asking for help before they cut my meds off. I sent this E-mail to Warden Lammer, Ms. Desmith, who was the only one to respond. Dr. Luken and others in medical to no avail.

Claim Twenty-Four ; Eighth Amendment Violation under Cruel and Unusual Punishment and Deliberate Indifference against C.O. Miller who came to the hospital while I was in there for Cardiac reasons and started calling me a RAT Loudly telling the other STAFF/C.O.'s, Medical personel and inmates that I had reported him to O.I.G. for holding me down on 4·22·17 causing extreme STRESS, PTSD, FEAR for my life, and threatened me, in the hospital!

Summary of Claim ;
On or about 2·6·20 approx 3:30pm C.O. Miller came in the federal hospital Room seen me in a bed and started telling the C.O.'s, Medical Staff and inmates in a LOUD voice that I filed on him reporting him to O.I.G. calling me a RAT. And at one point approaching the area across from my bed and said "You wanna poke the BEAR, we got something for you!" Threatening me and putting my life in danger. He even

(4)

commmented further loudly that he had participated in a procedure (refering to the 9·22·17 event at Union Hospital Cath-Lab) where he and C.O.Smith held me down While Dr. Orman forced medical instruments inside me against my will! I asked C.O. Wilson to get the LT. to No Avail.

<u>Supporting Facts;</u>
1) see Affidavit in support of this Claim. (see EXHIBIT 1)

2) see <u>Heard vs. Sheahan</u>; 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych. Dr. Carcmicheal has diagnosed me with severe STRESS, PTSD, Nightmare etc.due to these events.

4) see Admin. Remedy in support of this Claim. (see Appendix Y) They are refusing me the Admin. Remedy Forms / Process so I cannot exhaust.

5) C.O. Miller is Evil and has dogged and harassed me so many times since he held me down while I was TORTURED by Dr. Orman on 9·22·17.

6) C.O.Miller has commmitted these acts Knowing I was in the hospital for cardiac distress and did this with malicious and sadistic intent to cause me harm. (He committed similar acts on or about 6·26th or 27th of 18' when I was hospitalized.)    ⑤

Claim Twenty-Five; Eighth Amendment Violations under Cruel and Unusual Punishment, Deliberate Indifference and Excessive Force against C.O. Johnston and C.O. Penman for applying restraints so tight as to cut-off blood flow causing excruciating pain in my wrist and hands, refusing to cut the restraints off my legs, refusing to help me ambulate assist me by getting my cane or a wheelchair when I returned from the hospital on 3.4.20 and for attempting to get an unknown Nurse to falsify documents so they could use it against me. Also LT. Remey.

Summary of Claim; On 3.4.20 Union Hospital Big Room C.O. Penman and C.O. Johnston came in to transfer me back to prison. C.O. Johnston went to the Nurses station I heard him call my Name and saying he needed her to write something about me being on drugs (fasify documents) about me, she told him NO and he kept on. She said NO she said I have an extensive cardiac and stroke history. "If you would just say"... he said. "I said NO WAY I could lose my medical license", she said. I could see she was getting madder, was extremely offended! Nurse Liz was backing away looking over him at me shocked at what he was trying to get them to do. C.O. Johnston said come on we work with you, do this for us No one will Know. The Nurse got loud NO, I told you NO WAY. He was so mad he came around and

⑥

6

to my bed shaking he was so mad and put the cuffs on me so tight cutting into my wrist causing extreme pain, swelling and discoloration. I asked him to loosen them to no avail. We got back to the prison they would not get my cane or a wheelchair, took the cuffs off and my GOD the pain like stabbing ice picks or nails it was so bad. My left leg was so cramped/stiff from being chained to the bed with no movement for 2 days because of the permanent damage I've suffered due to post stroke paralysis on my left side. C.O. Johnston told me he's going to the infirmary you can if you can get there, nobody's gonna wait for you. They would'nt even cut the restraints off my legs. I had to go to the LT's office at 6:00 to get them cut off and LT. Ramey who I asked for help asked what happened? I told her she has me go outside here comes C.O. Rodriguez. she had him go to the control booth to get the cutters. When he got back she tell me to come in the office to get them cut off I grabbed the cage while C.O. Rodriguez cut them off. Then LT. Ramey says she wants me to do her a favor when you write this up she says leave C.O. Rodriguez out of it and say she LT. Ramey cut the restraints off me. Don't tell O.I.G. or whoever anything about C.O. Rodriguez he's just a kid, ok.

I wrote her up too and they kept it and I don't have a copy but I do have the ⑦

7

E.mail I sent the Warden about it it's included here to support this Claim.

It's non-stop with these people.

She told me also that maybe they need to transfer me back to Beaumont, Texas thats where HESS is, How would you like that she said.

I cannot and will not go back to the hospital here again, I'm seriously afraid for my life.

LT. Remey said you know if you have to go anywhere "BAM" CO. Johnston and Penman will probably be the ones to take you!

Supporting Facts:

1) See Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard vs Sheehan, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc. due to these events.

4) see Admin. Remedy (Appendix Z) in support of this Claim. They are refusing me the Admin. Remedy Forms/Process so I cannot exhaust.

5) I was forced to walk approx. 300 yards in

⑧

8

excruciating pain without my cane or a wheel-
chair because of the malicious and sadistic
refusal to get me my prescribed medical
equipment I have to have for ambulatory
movement.

6) C.O. Johnston and C.O. Penman were just so
happy looking at my hands had turned BLUE
from the restraints being so tight. They
were so swollen I could'nt even hardly move
my fingers the pain was excruciating.

7) C.O. Johnston and C.O. Penman were both mad
because the Nurse would NOT falsify the med-
ical records for them so they could use
them against me. This is all CRuel and
Unusual Punishment and has caused an
immeasureble amount of STRESS, FEAR and
horrible dreams I am powerless and in
mental and emotional distress.

8) (see EXHIBIT 114) in support of this Claim.
E.mail to Warden Lammmer dated 3.10.2020

Claim Twenty-Six; Eighth Amendment Violations
under Cruel and Unusual Punishment and Deliberate
Indifference against UNKNOWN Dentist and other
unknown dental assitant and Ms. Rhodes for re-
fusing me proper/timely care for a tooth that
broke on Christmas day 12.25.19 and have left

9

⑨

me in unbearable pain for over 4 months now.
They have done this with Evil malicious and
sadistic intent and are hateful and extremely
unprofessional.

<u>Summary of Claim</u>; I have a tooth that has
been filled here 2 times over the last 4 years
I think. And it broke 12·25·19 I went to
Sick Call and turned in my slip at dental.
Ms. Rhodes said we will put you on the list. I
told her it's broke and I'm in alot of pain and
she just gave me a dirty look and shut the
door.        About 3 wks. later I went by
to check because it was stinking and tasted
so bad and was hurting all the time.
    Yous on the list, we will put you on
the Call-Out don't keep coming down
here she said.
    I was hospitalized 2·3·20 thru 2·7·20
for cardiac reasons so I went by when I
was called down by A.H.S.A. Klink/Julian
over the Admin Remedies I wrote for not
getting my meds for 7 days and P.A. Volstrof
refusing me treatment.    I spoke to Ms.
Rhodes again and she said, "We'll get to
it when we get to it", just hateful.
    I also sent an E-mail on 2·12·20 to
remind them to no Avail.
    Finally I write a BP·8 on 3·20·20 as I
am in unbearable pain and can't even                    ⑩
sleep. On or about 3·24·20 Ms. Rhodes

comes to my cell telling me I missed my appointment on 2·4·20, sign up for Sick-Call and start over. I was hospitalized I tell her and I come and told you when I got back, I even sent an E·mail. She blew up mad called me a liar and said she does'nt care and took off saying "you've got to come down there sometime". Like something bad is going to happen if I do.

I go to an appointment to see Dr. Car-micheal who questions me about this event earlier that day with Ms. Rhodes.

Then Dr. Carmicheal takes me to the infirmary and Ms. Rhodes is waiting at the door another female standing behind her is watching us all.

Ms. Rhodes starts over but is acting alot calmer now but keeps telling me I have to start over with Sick-Call.

I said look No way is that right. I've been waiting 3 mths and my tooth is Rotten, broken (about 25% gone) and I'm in pain.

Finally Ms. Rhodes admits she remembers me coming by after I had been in the hospital in Feb. but deny's getting an E·mail and says you should've sent an E·mail. We shredded you dental Request go to Sick·Call. Then she goes to look to see if I sent an E·mail.

⑪

II

I ask the other female who is still leaning against the wall, Are you the dentist?

Yes, I am, she said. And your not getting special treatment, you can sign back up at Sick-Call. she said.

Dr. Carmicheal says, Look it's really not his fault he was hospitalized for cardiac issues and his tooth is broken.

The Dentist turned red face mad and said, "I don't care go to sick-call your not going to get special treatment.
Ms. Rhodes comes back and says I never sent the E·mail to notify them, Go to Sick-Call. Now sign off on this BP-8!   NO, I said

Your gonna sign this I already marked it she said.

Oh well I'm not signing it, and Dr. Carmicheal and I walked off.

Dr Carmicheal said are you going to let them work on your teeth?
I don't think I've got a choice it hurts like hell, I said.

That evening I see I'm on the Call-Out for dental for the next morning 3·26·20. ⑫
So I go and had to fill out another

Slip the Dentist takes me in there and tells me she is NOT going to drill out the decayed part my tooth is just chipped.

So NO repair or cleaning the ROTTEN decayed part out she put a band around it and some epoxy or something over the rotten part and send me out.

I look back as I go out the door her and Ms Rhodes are giving me some serious EVIL looks.

That stuff fell right off within a couple days, and it's still hurting extremely painful.

This is done with Evil malicious and sadistic intent. This is further retaliation by STAFF at this facility for me filing because I almost got MURDERED on 9·22·17 at Union Hospital.

4·28·20 Ms. Rhodes just had me out in the hall telling me to sign off on my BP.9 that I'm not going to get treated unless I go back to sick-call when this Pandemic is OVER! Some other woman Patterson was with her saying I'm going to have to wait.

I refuse to sign OFF and here it is. I am in SEVERE PAIN and have been for 4 months now.

These people are EVIL and I can only pray that the Court will help me bring them to Justice. They have forced me to live in FEAR for my life here for over

(13)

13

2½ years and have left me broken down mentally and emotionally to the point I just start crying and am so afraid at times it's unbearable. They have taken a part of me and left pieces, joy is gone only despair....

Supporting Facts;

1) See Affidavit in support of this Claim. (see EXHIBIT 1)

2) see Heard vs. Sheahan, 253 F.3d 316 (7th Cir. 2001) Heard is incorporated herein by reference and made part of this Complaint and is applied to all Claims as presented. (see Appendix A)

3) see Admin. Remedy in support of this Claim. (see Appendix Z2) They are Refusing me the Admin. Remedy Forms / Process so I cannot exhaust.

4) Psych. Dr. Carmicheal has diagnosed me with severe STRESS, PTSD, Nightmares etc. due to these Events.

5) (see EXHIBIT 115) in support of this Claim. It's the E-mail I sent on 2·12·20 that Ms. Rhodes insisted I never sent.

6) Ms. Rhodes said 4·28·20 you will not get any-where with this the records say theres No decay. I told her another dentist will not

(14)

14

lie for you people, and you'll never touch me again.

Ms. Patterson said now you can sign off on this and sign-up for sick-call.

NO, I said and walked away they were still trying to intimidate me and and they do.

This whole ordeal has left me so shaken. I've suffered an immeasureable armount of physical pain from them taking my Chronic Care Pain medications Numerous times over the last 2½ yrs. They took 3600 mg of Gabapentin from me for approx. 2 yrs and only just gave it back because of this law suit. I suffer from severe migraines since my strokes about 10 yrs. and was finally prescibed Imitrex shots as well and the Infirmary personel here refuse them to me on several occassions this last month of April. They leave me to suffer needlesslessly in excruciating pain, leering at me enjoying seeing me in such agony.

The mental and emotional damage I have suffered is unfathomable as well. Theres no way all these people would write me these Affidavits were they not in fear for my life, and not just the inmates but Mr. Tyler Staff to testify, he said subpoena him and he will tell the TRUTH about Capt. Hess's intent to do me harm. He had me write O.I.G. because he said "They are

(15)

15

going to kill you Chappell and tell them I will testify on your "behalf."

Just imagine how my skin almost crawled clean off, FEAR, DESPAIR!

And after approx. 2½ yrs. of thinking I was going to DIE from cancer nodules had spread to thousand through my lungs and then the MASS!

Dr. Doltz Pulmonologist Union Hospital tells me it's all lie's, and even after he told them they were wrong they still did not tell me. This is all so wrong, Evil.

Please let these people testify, expose the true cancer and make an example of these people so that others may not suffer as I am.

It's suppose to be a department of
     CORRECTIONS
          Not Torture...
I pray this Court will shine it's light into this darkness, may GOD's own hand guide you.

Submitted Respectfully, Bryan Colby Chappell

(16)

16

<u>EXHIBITS</u>

112) E·mail to Attorney Juliane M. Lennon outlining How I was denied 7 of my presciptions for 7 days was hospitalized and some of what transpired there. (Supports Claim <u>23</u>)

113) E·mail dated 1·24·20 to Dr. Orman, forwarded to Dr. Luken and Ms. Desmith outlining my dificulty in trying to get Cardiac Care since the Torturous Act committed against me on 9·22·17. I was trying to get help because I'm not getting proper care here and am having severe problems and NO ONE here wants to get involved because of me filing and because of what Dr. Orman did to me.
(Supports Claim <u>23</u>)

114) E·mail to Warden Lammmer dated 3·10·20 outlining what happened with the return transport C.O.'s Penman and Johnston at Union Hospital and what happened when I got back, how LT. Ramey wanted me to lie when I report the Events to (Admin. Remedy/ O.I.G./ O.I.A.)   (Supports Claim <u>24</u>)

115) E·mail dated 2·12·20 to Dental reminding them I have a broken tooth from 12·25·19, I've been in the hospital and may have missed an appointment due to the fact and need rescheduled.
(Supports Claim <u>26</u>)

116) E·mail to Warden Lammmer (Supports Claim <u>23</u>)     ⑰

1

EXHIBITS

117) E·mail to and from Attorney Juliane M. Lennon supports Motion for seeking counsel and how I have struggled for 23½ months to get the complaint filed with Indiana Dept. of Insurance against Dr. Thomas Orman, Jane Doe Anesthesiologist and Union Hospital over the torturous act that was committed against me on 9.22.17.
(Supports Claim 1)

118) E·mail to Psych. Dr. Carmicheel (supports claim 22) outlining how they were trying to drug me against my will to try and stop me from filing Bivens Action.

119) E·mail to Warden Lammer outlining issues and (supporting Claims 1,6, 22)

120) E·mail to Health Services Administrator Booth where I am pleading with her and Dr. Luken's for help and they will not even respond.    (supports Claims 4B, 23

(18)

2

Addendum to Defendants List

1  Dr. Luken

2) P.A. Volstrof

3) (unknown) Dentist

4)(Dental ) Ms. Rhodes

5) Psych. Dr. Carmicheel

6) Psych. Dr. Cuccio

(19)

1