In The United States District Court
In The Southern District of Indiana
Terre Haute Division

Bryan Colby Chappell,
          Plaintiff,

          vs.                    No. 2:20-cv-00224-JRS-MJD

BOP Employees, et al.,
          Defendants.

**FILED**

**10/19/2020**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

---

"Amended Complaint"

---

Claim One: Eighth Amendment Violations under Cruel and Unusual Punishment, Excessive Force and Assault by BOP Cardiologist Dr. Thomas F. Orman, Jane Doe Anesthesiologist, C.O. Miller and C.O. Smith.

On 9.22.17 at Union Hospital Cath-Lab in Terre Haute, I REFUSED catheterization. Dr. Orman proceeded against my will, and as I screamed in unbearable pain for help and for him to stop, Officers Smith and Miller, did come grab me and hold me down while Dr. Orman continued shoving stuff inside me like a Hot Wire all the way into my heart. I knew I would die...

They did this willfully and Wantonly with malicious and sadistic intent causing extreme pain and intentional emotional and mental distress. (pg 1)

## Affidavit

I was here at FCI Terre Haute for about 18 mths with NO PROBLEMS.

Until I got a job at the Unicor Terry Mill and was recognized by Assistant Warden Hirons. Because we are both from Wynne, Arkansas and I Killed Hubert Hess on Oct. 11th 1991. May 2017 A.W. Hirons refused to transfer me and threatened me saying "Now your gonna get what you deserve." He is friends with the Hess family.

Not long after this Capt. Hess transfered here and threatened to Kill me, saying "You will not leave this compound with a heart beat." (see witness Affidavit by inmate Ronnie Blade)

Jan. 2019 Mr. Tyler a staff member told me to write OIG. they are going to Kill you. And for me to have him subpoenaed and he will tell the TRUTH about what has happened.

June 27, 2018 Union Hospital Dr. Doltz came to my bed and told me I need an attorney, he will testify how these people had led me to believe I was terminally ill nodules spread to thousands in each lung and a Mass 4.3 x 1 cm's Cancer. All UNTRUE he said. 2½ yrs I thought I was dying.

These events and others are in my Complaint.

Respectfully Submitted, Bryan Colby Cheppell 25865 009
(pg. 1A)    10·5·2020

I was injured so badly I feared for my life and I am plagued by PTSD, Nightmares, Chronic Chest Pain and mental and emotional damages due to this torturous act.

Also Dr. Orman said he could not get a stint placed because he did not have one the right size. It was never fixed (the blockage) as of this date 10.2.2020 Denying me proper and timely care and leaving me to suffer needlessly.

This shows Deliberate Indifference by all parties. to my health and safety.

Supporting Facts:

1. Please see (EXHIBIT 1). Affidavit on Event 9.22.17.

2. I did EXHAUST all Administrative Remedies.

3. Heard vs. Sheahan, 253 F. 3d 316 (7th Cir. 2001) Please see (EXIBIT 2). Heard is incorporated herein by reference and made part of this Claim / Complaint and is applied to all Claims as presented.

4. The Anesthesiologist said "Hold him, don't worry the med's I'm gonna give him cause Amnesia, he will not remember any of this.

I remember it all...

(Pg 2)

Claim Two: Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment and assault by Counselor Ms. Hart on 9.24.17. Because in her office I gave her a BP-8 on 9.22.17 Event and begged for help for Cardiac Distress. Ms. Hart refused to file my BP-8 Admin. Remedy, saying she was taking it to the Warden Bell, "so he can get ahead of this".

Then did threaten me saying "No one is going to help you and you better not even speak about what happen to you at that hospital again or you'll be in the S.H.U. with some real big problems. We'll take you to the SHU they will beat the shit out of you and you will get No medical help.

Now go to you cell and lay down.

This did cause me an unmeasurable amount of STRESS, despair mental and emotional distress, and left me in extreme pain, Cardiac Distress.

This was done by Ms. Hart willfully and Wantonly with melicious and sadistic intent Knowing it could result in my death.
1.) Ms. Hart denied me the Admin Remedy Process 37 days.
2.) Ms. Hart threatened me Numerous times, gave me a fake address to O.I.G.
3.) I exhausted all (pg 3) Admin. remedies.

Claim Three: Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment by Dr. Thomas Orman and RN Tracy Bixler. Because on 9.25.17 Dr. Orman denied being the doctor at the Cath-Lab "It was'nt me, I have'nt seen you since May", he said.

Finally he admitted it was him when I said yes it was you had the C.O's Smith and Miller hold me down while I screamed and begged you to stop to No Avail.

RN Tracy Bixler jumped up screaming you can't have someone held down and do that you'll all lose your jobs.

RN Tracy Bixler stopped the follow-up visit took me down stairs to be seen for Cardiac Distress.

Only to return moments later Ordering me to leave the infirmary without exam or proper treatment, causing intentional mental and emotional distress and left me in Cardiac distress.

I left in fear for my life since both Dr. Orman and RN T. Bixler refused to get me proper care leaving me to die. This is deliberate indifference to a known medical injury and retaliation for me reporting it.

(Pg 4)

<u>Claim Four</u>: Eighth Amendment Violations under deliberate indifference by Nurse Worthington and P.A. Mata, for failure to properly treat me on 9.27.17 during a Urgent Visit with cardiac symptoms an EKG showed I was in Afib.

P.A. Mata barged into the Urgent Care Room snatching EKG leads and the BP cuff off of me screaming "Get the fuck out! I was'Nt there. I don't want involved!"

They threw me out without proper treatment Heart Rate 185 and in Afib.
(see Affidavits in support of this claim EXHIBITS 8 and 9)

9.29.17 I was back in the Urgent Care Room and was in Cardiac Distress No Vitals No exam. P.A. Mata called Nurse Worthington who came and stated to me, He "destroyed the EKG showing Afid and Now theres No proof anything is wrong since the surgery on 9.22.17, Then P.A. Mata told me to "get out and don't come back except for presciption refills, or we will write you up for being Out-of-bounds and stalking.

I had to leave consumed by despair mentally and physically broken.
This was done by P.A. Mata and Nurse Worthington willfully and wantonly with malicious and sadistic intent to let me die and cover. up the 9.22.17 event. (pg 5)

Claim Five: Eighth Amendment Violations under deliberate indifference by Nurse Karl Norris, Nurse Cindy McGee and unknown LT. on 11·19·17.
Because after C-unit C.O. called medical and they refused to come get me.

Inmate R. Brown did assist me to medical and finally got the door answered Nurse Norris told inmate Brown to leave and he did. Nurse Norris went back in and shut the door.

Fearing for my life as sharp pain shoots through my chest, back and both arms I call out for help.

Nurse Norris opened the door and told me to leave without even an EKG and he was acting really angry and aggressive. Deliberately Indifferent Knowing I'd already had 6 heart attacks and 2 strokes.

I went out in the hallway calling for help fell and could not get up.

Nurse Norris and Nurse McGee told the LT (unknown) theres nothing wrong with him it's his medication.

The LT. ordered me back to my unit or SHU placement and they all walked off leaving me in the floor. These people denied me Emergent Care for cardiac issues.

D) I exhausted Admin. Remedies
2.) see supporting Affidavits by R. Brown and T. Sirtoff (see EXHIBITS 3 and 4).

(Pg 6)

Claim Six: Eighth Amendment Violations under deliberate indifference to a known serious medical need C.O. Penman did order C.O. Scounce to drive away from Providence Medical Group denying me a Cardiology appointment and C.O. Penman on 3·23·18 did point his gun at me threatening to shoot me for filing on the 9·22·17 event at Union Hospital where I was held down and tortured.

Please I begged I've had 7 heart attacks and 2 Strokes I need to see a doctor.

C.O. Penman pointing his gun at me said, "You should've thought about that before you started filing on people, WE stick together in Terre Haute."

He then ordered C.O. Scounce to pull over, but Scounce kept going.

This was done with malicious and sadistic intent.

1.) SIS LT. Baker told me he threw this Admin. Remedy away. "Take the gun out." he said.

I exhausted Admin. Remedies.

2.) This has all been done by staff to attempt to cover up what was done to me at Union Hospital Cath-Lab on 9·22·17 when I was hospitalized for stint placement.

The blockage has never been fixed and I am plagued by Chronic Cardiac Symptoms and have been forced to live in fear of dieing from the blockage and injuries and staff retaliation.

(PR. 7)

Claim Seven: Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment and Assault by Capt. Hess for threatening to kill me in late March 2018 in the Chow Hall as I was trying to report C.O. Penman for pointing his gun at me and denying me Cardiac Care.

Capt. Hess said, "Do you Know who the fuck I am? My name is going to mean something to you." What is it, I asked. "Hess, you murdering piece of shit, yeah things starting to make sense? I run this and you won't leave this compound with a heart beat, no one will help you now. See that door use it".

I reported this to Warden Bell who said, "Sounds like your in a tough spot".

6-1-2018 I reported this to SIS LT Baker who said, "Oh well thats my Capt."

F. Unit 5.25.18 Capt. Hess threatened to put me in the SHU and beat me to death the day I was unjustly fired from Unicor by F.M. Wright.

Capt. Hess came by my cell on inspection pointing his finger at me POW! like he was shooting me.

10.25.18 Capt. Hess threatened to slap me have me placed in the SHU and beatin for writting Congressman André Carson.

This was all done Willfully and Wantonly with malicious and sadistic intent causing me to have numerous attacks of mental, emotional and cardiac episodes where I feared I would die, total despair. (see Affidavit by Ronnie Blade, EXHIBIT 5)

(Pg. 8)

Claim Eight : Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment, Excessive Force and Assault by Assistant Warden Hirons over Unicor, Factory Manager Wright, Terry Mill Supervisors C.O. Atterbury and C.O. Snow. Approx. 1mth after I was hired (March 22, 2017) I was recognized by A.W. Hirons who threatened me for Killing Hubert Hess Oct. 11th, 1991 in Wynne, Arkansas, saying "He Knew "Bert" that he A.W. Hirons Knows his whole family, the "Hess's" and that "Now your gonna get what you deserve."

I asked AW Hirons to have me transfered, NO, Where you going to go? This is the BOP, he said. (Exact dates are unavailable due to my files being stolen by staff.)

On or about 12.4.17 I was called to the office and CO.'s Atterbury and Snow began pushing me Kicking my feet saying "Oh, so you Killed Hubert Hess huh? We've been to War We Kill people to, what you gonna do huh?"

F.M. Wright came and took me another day to A.W. Hirons office and they threatened to fire me for filing Admin. Remedies on the 9.22.17 event and retaliation even going to legal mail and medical.

F.M. Wright even tried to get inmates to jump me beat me up and run me off for trying to report this all to O.I.G. (see Affidavit by Leroy Ross.) EXHIBIT 7

C.O. Atterbury tried to make me sign off on all Admin Remedies to get Medical Care. (see Affidavit by

Claim Nine : Eighth Amendment Violations under deliberate indifference, cruel and unusual punishment by Dr. E. Trueblood, Dr. Bhuptani Pulmonologist, Dr. Koji, Warden Bell, P.A. Mata, P.A. Muscatel for lying to me for over 2yrs telling me Nodules had spread through both of my lungs from 3 to thousands and an X-ray Tech here (UNKNOWN) They also found a Mass 4.3 x 1 cm's and when they get bony legs I would be dead in 6 to 12 months.

This was done willfully and Wantonly with malicious and sadistic intent to cause mental and emotional distress.

On 6·27·18 Union Hospital Dr. Doltz came to my bed and told me it's all untrue, the nodules never spread and there is no MASS. He said he told them months earlier they were wrong. And I need an attorney they cannot lead you to believe you are terminally ill when it's NOT TRUE. He said it's Congestive Heart failure causing the breathing problems.

When I got back here Warden Bell said there is no Pulmonologist Dr. Doltz. And I need to trust Dr. Trueblood, real menacing like.

Dr. Trueblood said maybe Dr. Doltz did'nt know what to look for, let's focus on your heart the nodules are there and showed me it said a MASS too.

I have suffered an immeasurable amount of STRESS, PTSD, Nightmares total despair because of

Claim Ten: Eighth Amendment Violations under deliberate indifference and cruel and unusual punishment by Psychologist Dr. J. Carmicheal, Dr. Trueblood, P.A. Mate, Warden Bell, S.I.S. LT. Baker, Counselor Ms. Hart and A.H.S.A. Ms. Klinsk/ Julian for all Knowing that the 9·22·17 event at Union Hospital Cath-Lab did in fact happen and all refused to help me get emergency treatment. And for threatening me for trying to Report the torturous act.

After surviving the event suffering extreme pain physically and mentally I did speak to verbally, Via e-mail and by letter to these people begged for help and was threatened and denied treatment.

They all told me No one will help you.

They did this willfully and Wantonly with malicious and sadistic intent. They Know what happened and even said no one should ever be held down like that but I need to let it go or else SHU/Be beatin.

I have horrible Nightmares, PTSD, Panic Attacks and Anxiety due to this unfathomable event and the NON-STOP retaliation by staff at all levels and lack of proper/timely care. And the blockage was Never repaired. I have been forced to

Claim Eleven: Eighth Amendment Violations under deliberate indifference and cruel and unusual punishment, because On or about 1·27·20 I noticed that I was out of 7 of my recently refilled prescriptions and after Notifying nurses who passed out meds since we were on lockdown to no avail. I was able to go to sick Call 1·31·20. I told Nurse Worthington and P.A. Volstrof I'm out, they said check the Pill Window and I did 1·31·20, 2·1·20, 2·2·20 and finally 2·3·20 still no meds. So I tell A.H.S.A. Ms. Booth at Mainline I'm out and have been for 7 days who responded, "They fill them by Need evidently you are not on that list, GO BACK TO SICK CALL."

I went back to my unit but the burning severe pain in my chest increased. I went to the Infirmary Nurse Pointer did an EKG noted Cardiac Anomalies an ambulance was called. EMT's did EKG's noted Cardiac Anomalies and transfered me to Union Hospital in Cardiac Distress.

I've had 7 heart attacks and 2 major Strokes I was repeatedly denied my medication fo 7 days straight which almost Killed me.

These people did this willfullly and Wantonly with malicious and sadistic intent to cause me to suffer severe Cardiac Pain / possible death and extreme mental and emotional distress as retaliation for me reporting the 9·22·17 event with Dr. T. Orman.

(pg. 13)

After returning to the F.C.I. I was at the infirmary Sick Call on 2·11·20 with Cardiac Symptomms again and P.A. Volstrof refused to even check my Vitals or do an EKG Refusing any exam or treatment

Days later AHSA Klink/Julian called me to the infirmary about me filing BP·8's on these events. She had Dr. Luken, P.A. Volstrof and P.A. Jill Kesser present and told me "your gonna Sign OFF on these or NO onE is going to help you. We can generate enough paperwork to cover this", she said.

I refused to sign and she told me GET OUT Real hateful they were all just staring me down.

This was all done Willfully and Wantonly with malicious and sadistic intent to cause pain, possible death and extreme mental and emotional distress.

I believe they were trying to Kill me.

(pa.14)

Claim Twelve: Eighth Amendment Violations under deliberate indifference and cruel and unusual punishment by unknown Dentist and dental assitant Ms. Rhodes for refusing proper and timely treatment on a tooth that rotted and broke 12.25.19.

I put in a dental request through sick call within a couple days, I told Ms. Rhodes it hurts really bad and stinks and taste bad too. We will put you on the list.

After being hospitalized 2.3.20 thru 2.7.20 I was in the infirmary spoke to Ms. Rhodes again who said, "we'll get to it when we get to it." real hateful.

3.20.20 I wrote a BP.8.

On 3.24.20 Ms. Rhodes at my cell says I missed my appointment on 2.4.20 go to sick call and start over. I was in the hospital I said, "I don't care," she said.

Psych. Dr. Carmicheal took me there and the Dentist and Ms. Rhodes said they don't care if I was hospitalized start over, your not getting special treatment.

The next day she had me in dental put a band around the tooth put some apoxy or something on it and said thats it.

She did not fix my tooth it's eating into the tooth in front of it now and causing extreme pain it's been over 9 mths. They will not fix it.

(pa. 15)

About 25% of the tooth is broken off at the gum line it's black and rotten and eating into the tooth in front of it. They are denying me proper and timely care I am in excrucieting pain still.

This is being done willfully and Wantonly with malicious and sadistic intent to cause my extreme pain and mental and emotional distress.

I even sent an e-mail on 2·12·20 to remind them to no Avail.

(Pg 16)

Claim Thirteen: Eighth Amendment Violations under 9.25.18 I approached Counselor Ms. Hart and SIS LT. Baker at C-unit asked for a BP-8 to file because I was being denied my Blood Thinners. SIS LT. Baker said No ordered me back to my unit.

A day or 2 later I asked Ms. Hart again for a BP-8 she said, Your done filing Chappell so you want to write Carson (Congressman) don't you know something bad is going to happen to you, we can go in your cell and find drugs or a weapon anytime, Threatening me for filing, denying me due process and denying me Blood Thinner's and I've had 7 heart attacks and 2 strokes all clot related. I had no thinners for 4 days Sept. 5 days Oct. and 7 days end of Nov.

This was done by Dr. Trueblood and Ms. Hart and SIS. LT. Baker blocked me from filing for over 3 mths. again for filing/writting Congressman Carson.

10.25.18 Unit Manager Royer took my eye glasses as I was leaving the Chowhall ordered me into the hallway where he said "So you like writting letters now your gonna get your ass beat," They surrounded me Capt. Hess said he was going to Slap me threatened to have me put in the S.H.U. and beat me for writting Congressman Carson.

This was done Willfully and Wantonly with malicious and sadistic intent to cause menta and emotional distress and possible cause another clot

(Pg. 17)

which could very likely kill me.

I have suffered so much mentally and emotionally that I just breakdown crying uncontrollably. I have had to take Nitro so much because of severe chest pains / Cardiac Distress. I have PTSD and am afraid all the time and have nightmares of these people holding me down and cutting me to pieces, it has changed me so much I am broken.

Respectfully Submitted, Bryan Colby Chappell
10.13.2020

## Certificate of Service

I certify that I have mailed this Complaint to the Clerk of Court at 921 Ohio Street room# 104 T.H. 47807, postage prepaid and handed to prison authorities for processing the Legal Mail. I also ask that the Clerk of Court electronically serve a copy of this on the Defendants attorney because of the Covid pandemic and my inability to make copies in a timely fashion and my pending deadline. (Houston v. Leck, 487 U.S. 266 at 276 (1988))

Bryan Colby Chappell
(Dai IR)    10.13.2020

## Relief Wanted

1.) Immediate transfer to a different medical facility where I can receive proper and timely medical care Cardiac and otherwise.

2.) Proper sanctions against those defendants who have violated my rights.

3.) Award of monies for both psychological and physical damages in the amount of $20,000,000 twenty million dollars.
   This is for pain and suffering, mental anguish, loss of enjoyment of life and future loss of enjoyment and future medical and psychological costs.

Dear Clerk of The Court,                    10·13·2020

Case No# 2:20-cv-00224-JRS-MJD

Please file my response to Courts Order to Amend.

I apologize for the hand written pages but Corona Restrictions have not afforded me access to the Law Library or typewriters, Theres an Out BREAK HERE! But I'm not sick, so you know.

Respectfully Submitted, Bryen Colby Chappell

25865-009
Federal F,C,I,
P.O. Box 33
T.H. ,IN. 47808